| | |
|---|---|
| 1 | RONALD L. JOHNSTON (State Bar No. 057418) |
|   | ronald.johnston@aporter.com |
| 2 | ANGEL L. TANG (State Bar No. 205396) |
|   | angel.tang@aporter.com |
| 3 | ARNOLD & PORTER LLP |
|   | 777 South Figueroa Street, 44th Floor |
| 4 | Los Angeles, California 90017-5844 |
|   | Telephone: (213) 243-4000 |
| 5 | Facsimile: (213) 243-4199 |
| 6 | Attorneys for Defendants |
|   | VeriSign, Inc. and m-Qube, Inc. |
| 7 | |
|   | WILLIAM M. AUDET (State Bar No. 117456) |
| 8 | waudet@audetlaw.com |
|   | ADEL A. NADJI (State Bar No. 232599) |
| 9 | anadji@audetlaw.com |
|   | AUDET & PARTNERS, LLP |
| 10 | 221 Main Street, Suite 1460 |
|    | San Francisco, CA 94105 |
| 11 | Telephone: (415) 568-2555 |
|    | Facsimile: (415) 568-2556 |
| 12 | |
|    | Attorneys for Plaintiff |
| 13 | Babak Pishvaee |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals, | ) ) ) | Case No. C-07-3407 PVT |
| | ) | **NOTICE OF APPEARANCE** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VERISIGN, INC., a California corporation, and M-QUBE, INC., a Delaware corporation. | ) ) ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF APPEARANCE
(Case No. C-07-3407 PVT)

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that the law firm identified below represents defendants VeriSign, Inc. and M-Qube, Inc. in the above-captioned action. The following attorneys are designated to receive service of all pleadings, notices, orders and other papers relating to this matter: |

RONALD L. JOHNSTON (State Bar No. 57418)
Ronald.Johnston@aporter.com
ANGEL L. TANG (State Bar No. 205396)
Angel.Tang@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199

Dated: July __, 2007                    ARNOLD & PORTER LLP

                                        By: _____
                                        Angel L. Tang
                                        Attorneys for Defendants
                                        VeriSign, Inc. and M-Qube, Inc.

#439439

- 2 -