1  RONALD L. JOHNSTON (State Bar No. 057418)
   ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
5  Facsimile:  (213) 243-4199

6  Attorneys for Defendants VeriSign, Inc. and m-Qube, Inc.

7  WILLIAM M. AUDET (State Bar No. 117456)
   waudet@audetlaw.com
8  ADEL A. NADJI (State Bar No. 232599)
   anadji@audetlaw.com
9  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
10 San Francisco, CA 94105
   Telephone:  (415) 568-2555
11 Facsimile:  (415) 568-2556

12
13 Attorneys for Plaintiff Babak Pishvaee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals, <br><br>            Plaintiff, <br><br>    v. <br><br> VERISIGN, INC., a California corporation, and M-QUBE, INC., a Delaware corporation. <br><br>            Defendants. | Case No. C-07-3407 PVT <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS VERISIGN, INC. AND M-QUBE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants VeriSign, Inc. and m-Qube, Inc. (collectively "Defendants") and plaintiff Babak Pishvaee ("Plaintiff"), through their respective counsel of record, pursuant to Local Rule 6-1(a), hereby stipulate and agree as follows:

WHEREAS, on June 28, 2007, Plaintiff served Defendants with its Complaint in this action;

WHEREAS, the time for Defendants to respond to the Complaint currently is July 18, 2007;

WHEREAS, Plaintiff and Defendants have stipulated and agreed that Defendants shall have an extension of time until August 20, 2007, to answer or otherwise respond to the Complaint;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. Defendants VeriSign and m-Qube shall have until August 20, 2007 to answer or otherwise respond to the Complaint.

Dated: July 18, 2007

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
ANGEL L. TANG

By: /S/
ANGEL L. TANG
Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

Dated: July 18, 2007

AUDET & PARTNERS, LLP
WILLIAM M. AUDET
ADEL A. NADJI

By: /S/
WILLIAM M. AUDET
Attorneys for Plaintiff Babak Pishvaee

439429

- 1 -

STIPULATION TO EXTEND TIME FOR DEFENDANTS VERISIGN, INC. AND M-QUBE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT  (Case No. C-07-3407 PVT)