William M. Audet (CA 117456)
Adel A. Nadji (CA 232599)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556
waudet@audetlaw.com
anadji@audetlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VerisSign, Inc., a California corporation, and M-Qube, Inc., a Delaware corporation,<br><br>Defendant. | Case No. C 07-3407 PVT<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

ATTACHED HERETO, as Exhibit A and B, is a notice of Filing Proof of service os Summons and Complaint.

Dated: July 19, 2007

AUDET & PARTNERS, LLP

_____
Adel A. Nadji

**Exhibit A**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Adel A Nadji, 232599<br>Audet & Partners, LLP<br>221 MAIN ST STE 1460<br>SAN FRANCISCO, CA 94105-1938<br>TELEPHONE NO.: (415) 982-1776<br>ATTORNEY FOR (Name): Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 |

| PLAINTIFF/PETITIONER: Babak Pishvaee | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VerisSign, Inc. and M-Qube, Inc. | C 07 3407 PVT |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>8106 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Civil Cover Sheet; Summons in a civil case for M-qube and VeriSign; COMPALINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF DEMAND FOR JURY TIRAL CLASS ACTION

3. a. Party served: VeriSign, Inc.

   b. Person Served: Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

**BY FAX**

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): June 28, 2007    (2) at (time): 2:50 pm
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   VeriSign, Inc.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.:
         (iii) County

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: July 13, 2007

MARIO LOPEZ
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6643556

**Exhibit B**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Adel A Nadji, 232599<br>Audet & Partners, LLP<br>221 MAIN ST STE 1460<br>SAN FRANCISCO, CA 94105-1938<br>TELEPHONE NO.: (415) 982-1776<br>ATTORNEY FOR (Name): Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 |

| PLAINTIFF/PETITIONER: Babak Pishvaee | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VerisSign, Inc. and M-Qube, Inc. | C 07 3407 PVT |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>8106 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Cover Sheet; Summons in a civil case for M-qube and VeriSign; COMPALINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF DEMAND FOR JURY TIRAL CLASS ACTION

3. a. Party served: M-Qube, Inc.

    **BY FAX**

   b. Person Served: Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served:  818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): June 28, 2007    (2) at (time): 2:50 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   M-Qube, Inc.

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number:  415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.:
          (iii) County

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: July 11, 2007

MARIO LOPEZ

(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6643555

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco CA 94105; I am over the age of 18 and not a party to the within action. On this date I served the following document(s):

**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| m-Qube, Inc., A Delaware corporation<br>c/o Agent of Service of Process<br>CT Corporation System<br>818 West Street, Suite 1460<br>Los Angeles, CA 90017 | VeriSign, Inc., a California Corp.<br>c/o Agent of Service of Process<br>CT Corporation System<br>818 West Street, Suite 1460<br>Los Angeles, CA 90017 |

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 19 day of July, 2007, at San Francisco, California.

*/s/ [signature]*