Laura Riposo VanDruff
Arnold & Porter LLP
555 Twelfth Street
Washington, DC 20004-1206
(202) 942-6312

FILED
2007 JUL 27
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Babak Pishvaee, individually, and on behalf of a class of similarly situated individuals,

    Plaintiff(s),

v.

VeriSign, Inc., a California corporation, and M-Qube, Inc., a Delaware corporation,

    Defendant(s).

CASE NO. C-07-3407 PVT

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Laura Riposo VanDruff, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendants VeriSign, Inc. and M-Qube, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Angel L. Tang
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
(213) 243-4000

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Dated: _July 24, 2007_                    _____
                                              Laura Riposo VanDruff