James Cooper
Arnold & Porter LLP
555 Twelfth Street
Washington, DC 20004-1206
(202) 942-5014

8 sem

Clerk's Use Only
Initial for fee pd.:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Babak Pishvaee, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff(s),<br><br>v.<br><br>VeriSign, Inc., a California corporation, and M-Qube, Inc., a Delaware corporation,<br><br>Defendant(s). | CASE NO. C-07-3407 PVT<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Filed AUG -1 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

Pursuant to Civil L.R. 11-3, James Cooper, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendants VeriSign, Inc. and M-Qube, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Angel L. Tang
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
(213) 243-4000

American LegalNet, Inc.
www.FormsWorkflow.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/30/07

_____
James Cooper

American LegalNet, Inc.
www.FormsWorkflow.com