UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| Babak Pishvaee, individually, and on behalf of a class of similarly situated individuals<br><br>Plaintiff(s),<br>v.<br><br>VeriSign, Inc., a California corporation, and M-Qube, Inc., a Delaware corporation,<br><br>Defendant(s). | CASE NO. C-07-3407 PVT<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

James Cooper, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is: Arnold & Porter LLP, 555 Twelfth Street, Washington, DC 2004-1206, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants VeriSign, Inc. and M-Qube, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/3/07



United States Magistrate Judge

American LegalNet, Inc.
www.FormsWorkflow.com