1  RONALD L. JOHNSTON (State Bar No. 057418)
   ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
5  Facsimile:  (213) 243-4199

6  JAMES COOPER (admitted *pro hac vice*)
   james.cooper@aporter.com
7  LAURA RIPOSO VANDRUFF (*pro hac vice* pending)
   Laura.riposo.vandruff@aporter.com
8  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
9  Washington, D.C.  20004-1206
   Telephone:  (202) 942-5000
10 Facsimile:  (202) 942-5999

11 Attorneys for Defendants VeriSign, Inc. and m-Qube, Inc.

12 WILLIAM M. AUDET (State Bar No. 117456)
   waudet@audetlaw.com
13 ADEL A. NADJI (State Bar No. 232599)
   anadji@audetlaw.com
14 AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
15 San Francisco, CA 94105
   Telephone:  (415) 568-2555
16 Facsimile:  (415) 568-2556

17 Attorneys for Plaintiff Babak Pishvaee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>VERISIGN, INC., a California corporation, and M-QUBE, INC., a Delaware corporation.<br><br>    Defendants. | Case No. C-07-3407 PVT<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS VERISIGN, INC. AND M-QUBE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
|---|---|

1  Defendants VeriSign, Inc. and m-Qube, Inc. (collectively "Defendants") and plaintiff Babak Pishvaee ("Plaintiff"), through their respective counsel of record, pursuant to Local Rule 6-1(a), hereby stipulate and agree as follows:

WHEREAS, on June 28, 2007, Plaintiff served Defendants with its Complaint in this action;

WHEREAS, the time for Defendants to respond to the Complaint currently is August 20, 2007, per stipulation of the parties;

WHEREAS, Plaintiff and Defendants have further stipulated and agreed that Defendants shall have an extension of time until August 30, 2007, to answer or otherwise respond to the Complaint;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. Defendants VeriSign and m-Qube shall have until August 30, 2007 to answer or otherwise respond to the Complaint.

Dated: August 15, 2007

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
ANGEL L. TANG

By:  /S/
ANGEL L. TANG
Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

Dated: August 15, 2007

AUDET & PARTNERS, LLP
WILLIAM M. AUDET
ADEL A. NADJI

By:  /S/
WILLIAM M. AUDET
Attorneys for Plaintiff Babak Pishvaee

441471

- 1 -
STIPULATION TO EXTEND TIME FOR DEFENDANTS VERISIGN, INC. AND M-QUBE, INC.
TO RESPOND TO PLAINTIFF'S COMPLAINT (Case No. C-07-3407 PVT)