RONALD L. JOHNSTON (State Bar No. 057418)
ronald.johnston@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

JAMES COOPER (admitted *pro hac vice*)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF (*pro hac vice* pending)
Laura.riposo.vandruff@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Attorneys for Defendants VeriSign, Inc. and m-Qube, Inc.

WILLIAM M. AUDET (State Bar No. 117456)
waudet@audetlaw.com
ADEL A. NADJI (State Bar No. 232599)
anadji@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone:  (415) 568-2555
Facsimile:  (415) 568-2556

Attorneys for Plaintiff Babak Pishvaee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals, | ) ) ) | Case No. C-07-3407 PVT |
| Plaintiff, | ) ) ) ) | **STIPULATION RE: FIRST AMENDED COMPLAINT AND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | ) ) | |
| VERISIGN, INC., a California corporation, and M-QUBE, INC., a Delaware corporation. | ) ) ) | |
| Defendants. | ) ) ) | |

1        Defendants VeriSign, Inc. and m-Qube, Inc. (collectively "Defendants") and plaintiff Babak

2  Pishvaee ("Plaintiff"), through their respective counsel of record, pursuant to Local Rule 6-1(a),

3  hereby stipulate and agree as follows:

4        WHEREAS, on June 28, 2007, Plaintiff served Defendants with its original complaint in this

5  action;

6        WHEREAS, the time for Defendants to respond to the original complaint was August 30,

7  2007, per stipulation of the parties;

8        WHEREAS, on August 24, 2007, counsel for Plaintiff, William Audet, and counsel for

9  Defendants, James Cooper and Angel Tang, engaged in a telephonic meet and confer session in an

10  attempt to resolve the issues raised by Defendants' intended motions to dismiss.  Following the

11  conference of counsel, the parties agreed as follows:  (1) Defendants will not be required to respond

12  to the original complaint by August 30, 2007, as Plaintiff has agreed to amend the complaint;

13  (2) Plaintiff shall file a first amended complaint no later than September 21, 2007; and (3)

14  Defendants shall file their respective responsive pleadings to the first amended complaint no later

15  than November 20, 2007.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION RE: FIRST AMENDED COMPLAINT AND DEFENDANTS' TIME TO RESPOND TO FIRST
AMENDED COMPLAINT  (Case No. C-07-3407 PVT)

NOW, THEREFORE, the parties stipulate and agree as follows:

1. Defendants VeriSign, Inc. and m-Qube, Inc will not be required to respond to the original complaint by August 30, 2007, as Plaintiff has agreed to amend the complaint;

2. Plaintiff Babak Pishvaee shall file a first amended complaint no later than September 21, 2007; and

3. Defendants VeriSign, Inc. and m-Qube, Inc shall file their respective responsive pleadings to the first amended complaint no later than November 20, 2007.


Dated: August 24, 2007                    ARNOLD & PORTER LLP


                                          By:            /S/
                                              ANGEL L. TANG
                                              Attorneys for Defendants
                                              VeriSign, Inc. and m-Qube, Inc.


Dated:  August 24, 2007                   AUDET & PARTNERS, LLP


                                          By:            /S/
                                              WILLIAM M. AUDET
                                              Attorneys for Plaintiff Babak Pishvaee

442409

- 2 -