```
 1  RONALD L. JOHNSTON (State Bar No. 057418)
    ronald.johnston@aporter.com
 2  ANGEL L. TANG (State Bar No. 205396)
    angel.tang@aporter.com
 3  ARNOLD & PORTER LLP
    777 South Figueroa Street, 44th Floor
 4  Los Angeles, California 90017-5844
    Telephone: (213) 243-4000
 5  Facsimile: (213) 243-4199

 6  JAMES COOPER (admitted pro hac vice)
    james.cooper@aporter.com
 7  LAURA RIPOSO VANDRUFF (admitted pro hac vice)
    Laura.riposo.vandruff@aporter.com
 8  ARNOLD & PORTER LLP
    555 Twelfth Street, N.W.
 9  Washington, D.C. 20004-1206
    Telephone: (202) 942-5000
10  Facsimile: (202) 942-5999

11  Attorneys for Defendants VeriSign, Inc. and m-Qube, Inc.

12  WILLIAM M. AUDET (State Bar No. 117456)
    waudet@audetlaw.com
13  ADEL A. NADJI (State Bar No. 232599)
    anadji@audetlaw.com
14  AUDET & PARTNERS, LLP
    221 Main Street, Suite 1460
15  San Francisco, CA 94105
    Telephone: (415) 568-2555
16  Facsimile: (415) 568-2556

17  Attorneys for Plaintiff Babak Pishvaee
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, and M-QUBE, INC., a Delaware corporation.<br><br>Defendants. | Case No. C-07-3407 PVT<br><br>**STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER** |

---

STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
[PROPOSED] ORDER   (Case No. C-07-3407 PVT)

Defendants VeriSign, Inc. and m-Qube, Inc. (collectively "Defendants") and plaintiff Babak Pishvaee ("Plaintiff"), through their respective counsel of record, pursuant to Local Rule 6-1, hereby stipulate and agree as follows based on the following facts:

(1)     On June 28, 2007, Plaintiff served Defendants with the original complaint in this action.

(2)     On June 28, 2007, this Court issued its Order Setting Initial Case Management Conference and ADR Deadlines. The deadlines set forth in that Order are detailed in paragraph 4 below. [Docket No. 2].

(3)     On August 24, 2007, during a meet and confer session to discuss the issues raised in Defendants' intended motions to dismiss the original complaint, the parties reached the following agreements: (1) Defendants will not be required to respond to the original complaint, as Plaintiff will be filing a first amended complaint; (2) Plaintiff shall file a first amended complaint no later than September 21, 2007; and (3) Defendants shall file their respective responsive pleadings to the first amended complaint no later than November 20, 2007. On August 24, 2007, the parties filed with the Court a joint stipulation reflecting the above agreements. [Docket No. 12].

(4)     Given Plaintiff's intention to amend her complaint, and Defendants' revised responsive pleading deadline, the parties have agreed to continue the Case Management Conference and ADR deadlines as follows:

| EVENT | ORIGINAL DEADLINE | REVISED DEADLINE |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan | 9/11/2007 | 1/22/2008 |
| Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone | 9/11/2007 | 1/22/2008 |

- 1 -

| | | |
|---|---|---|
| Conference | | |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | 9/25/2007 | 2/5/2008 |
| Initial Case Management Conference | 10/2/2007 (2:00 p.m., Ctrm 5, 4th floor) | 2/12/2008 (2:00 p.m., Ctrm 5, 4th floor) |

Dated: September 5, 2007          ARNOLD & PORTER LLP

                                  By: _____/S/_____
                                      ANGEL L. TANG
                                      Attorneys for Defendants
                                      VeriSign, Inc. and m-Qube, Inc.

Dated: September 5, 2007          AUDET & PARTNERS, LLP

                                  By: _____/S/_____
                                      WILLIAM M. AUDET
                                      Attorneys for Plaintiff Babak Pishvaee

## ORDER

Based upon the foregoing Stipulation of the parties, and good cause appearing therefor, IT IS SO ORDERED.

DATED:_____          _____
                                        PATRICIA V. TRUMBULL
                                        U.S. MAGISTRATE JUDGE

- 2 -

STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER   (Case No. C-07-3407 PVT)