1  RONALD L. JOHNSTON (State Bar No. 057418)
   ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
5  Facsimile: (213) 243-4199

6  JAMES COOPER (admitted *pro hac vice*)
   james.cooper@aporter.com
7  LAURA RIPOSO VANDRUFF (admitted *pro hac vice*)
   Laura.riposo.vandruff@aporter.com
8  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
9  Washington, D.C. 20004-1206
   Telephone: (202) 942-5000
10 Facsimile: (202) 942-5999

11 Attorneys for Defendants VeriSign, Inc. and m-Qube, Inc.

12 WILLIAM M. AUDET (State Bar No. 117456)
   waudet@audetlaw.com
13 ADEL A. NADJI (State Bar No. 232599)
   anadji@audetlaw.com
14 AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
15 San Francisco, CA 94105
   Telephone: (415) 568-2555
16 Facsimile: (415) 568-2556

17
   Attorneys for Plaintiff Babak Pishvaee
18

19                    UNITED STATES DISTRICT COURT
20                   NORTHERN DISTRICT OF CALIFORNIA
21

22 BABAK PISHVAEE, individually, and on  )  Case No. C-07-3407 PVT
   behalf of a class of similarly situated )
   individuals,                          )  **STIPULATION CONTINUING INITIAL**
23                                        )  **CASE MANAGEMENT CONFERENCE**
                  Plaintiff,              )  **AND ADR DEADLINES;** [PROPOSED]
24                                        )  **ORDER**
        v.                                )
25                                        )
   VERISIGN, INC., a California corporation, )
26 and M-QUBE, INC., a Delaware corporation. )
                                           )
27              Defendants.                )
                                           )
28

---
STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
[PROPOSED] ORDER (Case No. C-07-3407 PVT)

1  Defendants VeriSign, Inc. and m-Qube, Inc. (collectively "Defendants") and plaintiff Babak Pishvaee ("Plaintiff"), through their respective counsel of record, pursuant to Local Rule 6-1, hereby stipulate and agree as follows based on the following facts:

(1) On June 28, 2007, Plaintiff served Defendants with the original complaint in this action.

(2) On June 28, 2007, this Court issued its Order Setting Initial Case Management Conference and ADR Deadlines. The deadlines set forth in that Order are detailed in paragraph 4 below. [Docket No. 2].

(3) On August 24, 2007, during a meet and confer session to discuss the issues raised in Defendants' intended motions to dismiss the original complaint, the parties reached the following agreements: (1) Defendants will not be required to respond to the original complaint, as Plaintiff will be filing a first amended complaint; (2) Plaintiff shall file a first amended complaint no later than September 21, 2007; and (3) Defendants shall file their respective responsive pleadings to the first amended complaint no later than November 20, 2007. On August 24, 2007, the parties filed with the Court a joint stipulation reflecting the above agreements. [Docket No. 12].

(4) Given Plaintiff's intention to amend her complaint, and Defendants' revised responsive pleading deadline, the parties have agreed to continue the Case Management Conference and ADR deadlines as follows:

| EVENT | ORIGINAL DEADLINE | REVISED DEADLINE |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan | 9/11/2007 | 1/22/2008 |
| Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone | 9/11/2007 | 1/22/2008 |

- 1 -

STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
[PROPOSED] ORDER  (Case No. C-07-3407 PVT)

| Conference | | |
|---|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | 9/25/2007 | 2/5/2008 |
| Initial Case Management Conference | 10/2/2007 (2:00 p.m., Ctrm 5, 4th floor) | 2/12/2008 (2:00 p.m., Ctrm 5, 4th floor) |

Dated: September 5, 2007            ARNOLD & PORTER LLP

By: /S/
ANGEL L. TANG
Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

Dated: September 5, 2007            AUDET & PARTNERS, LLP

By: /S/
WILLIAM M. AUDET
Attorneys for Plaintiff Babak Pishvaee

## ORDER

Based upon the foregoing Stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

DATED: 9/10/07

PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE

- 2 -

STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER   (Case No. C-07-3407 PVT)