```
1  William M. Audet (CA 117456)
   Adel A. Nadji (CA 232599)
2  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
3  San Francisco CA 94105
   Telephone: 415.568.2555
4  Facsimile: 415.568.2556
   waudet@audetlaw.com
5  anadji@audetlaw.com

6  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals<br><br>Plaintiffs,<br><br>vs.<br><br>VerisSign, Inc., a California corporation, M-Qube, Inc., a Delaware corporation, and AT&T Mobility LLC, formerly known as Cingular Wireless LLC, a Delaware corporation<br><br>Defendant. | Case No. C 07-3407 PVT<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

ATTACHED HERETO, as Exhibit A, is a notice of Filing Proof of service os Summons and Complaint.

Dated: September 27, 2007                    AUDET & PARTNERS, LLP

                                             _____
                                             Adel A. Nadji

---

1

**Notice of Filing Proof of Service of Summons and First Amended Complaint**

Notice of Filing Proof of Service of Summons and 1st Amended Complaint.wpd

**Exhibit A**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Adel A Nadji, 232599<br>Audet & Partners, LLP<br>221 MAIN ST STE 1460<br>SAN FRANCISCO, CA 94105-1938<br>TELEPHONE NO.: (415) 982-1776<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Babak Pishvaee | CASE NUMBER:<br>07-3407 (PVT) |
| DEFENDANT/RESPONDENT: Verisign, Inc., m-Qube, Inc., and AT&T Mobility LL | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>8106 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, First Amended Complaint, POS, Stip CMC Order, CMC Order, Standing Order for Civil Practice, Standing Order regarding CMC, Standing Order Regarding Contents of Joint CM Statement, Court Info, Cons Before Magistrate Judge, Decline Before Mag. Judge, Request for Reassignment, ECF Registration

3. a. Party served: AT&T Mobility LLC

    b. Person Served: CSC Corp - Rhonda Tuck - Person authorized to accept service of process **BY FAX**

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA 95833

5. I served the party
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): September 26, 2007    (2) at (time): 1:48 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    c. on behalf of:

    AT&T Mobility LLC

      under:      Other: Limited Liability Corporation

7. Person who served papers
    a. Name: Tyler Dimaria
    b. Address: One Legal, Inc. - 132-Marin
       504 Redwood Blvd #223
       Novato, CA 94947
    c. Telephone number: 415-491-0606
    d. The fee for service was: $ 14.95
    e. I am:
       (3) registered California process server.
           (i) Employee or independent contractor.
           (ii) Registration No.: 2006-06
           (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: September 26, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                                              (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6649005

# PROOF OF SERVICE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco CA 94105; I am over the age of 18 and not a party to the within action. On this date I served the following document(s):

**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Ronald L. Johnston<br>Angel L. Tang<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Facsimile: (213) 243-4199<br><br>**Attorneys for Defendants VeriSign, Inc. and m-Qube, Inc.** | James L. Cooper<br>Laura Riposo Vandruff<br>ARNOLD & PORTER LLP<br>555 12th Street, NW<br>Washington, DC 20004<br>Facsimile: (202) 942-5999<br><br>**Attorneys for Defendants VeriSign, Inc. and m-Qube, Inc.**<br><br>AT&T Mobility LLC<br>c/o Agent of Service of Process<br>CSC Corporation<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 |

[X] BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[X] (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 27 day of September, 2007, at San Francisco, California.

