MICHAEL J. STORTZ (State Bar No. 139386)
michael.stortz@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

WILLIAM M. AUDET (State Bar No. 117456)
waudet@audetlaw.com
ADEL A. NADJI (State Bar No. 232599)
anadji@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Attorneys for Plaintiff
BABAK PISHVAEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No. C-07-3407 PVT<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AT&T MOBILITY LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant AT&T Mobility LLC ("Defendant") and Plaintiff Babak Pishvaee ("Plaintiff"), through their respective counsel of record, pursuant to Local Rule 6-1(a) hereby stipulate and agree as follows:

WHEREAS, on or about September 26, 2007, Plaintiff served Defendant with the first amended complaint in this action;

WHEREAS Plaintiff and Defendant have agreed that Defendant shall have until November 20, 2007 to file its initial pleading in this action, including without limit a motion to compel arbitration or other pleading responsive to Plaintiff's first amended complaint; and

WHEREAS the aforesaid agreement will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. Defendant AT&T Mobility LLC shall have until November 20, 2007 to file its initial pleading in this action, including without limit a motion to compel arbitration or other pleading responsive to Plaintiff's first amended complaint.

Dated: October 16, 2007

DRINKER BIDDLE & REATH LLP

_____
MICHAEL J. STORTZ

Attorneys for Defendant
AT&T MOBILITY LLC

Dated: October 16, 2007

AUDET & PARTNERS, LLP

_____
WILLIAM M. AUDET
ADEL A. NADJI

Attorneys for Plaintiff
BABAK PISHVAEE