UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,

    Plaintiff(s),

v.

VERISIGN, INC., et al.

    Defendant(s).

No. C 07-3407 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 19, 2007

Signature _____

Counsel for Defendant AT&T Mobility LLC
(Plaintiff, Defendant, or indicate "pro se")