1  Donald M. Falk (State Bar No. 150256)
   dfalk@mayerbrown.com
2  MAYER BROWN LLP
   Two Palo Alto Square
3  3000 El Camino Real, Suite 300
   Palo Alto, CA 94306-2112
4  Telephone: (650) 331-2000
   Facsimile: (650) 331-2060
5
   Michael J. Stortz (State Bar No. 139386)
6  michael.stortz@dbr.com
   DRINKER BIDDLE & REATH LLP
7  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
8  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
9

10  Attorneys for Defendant
    AT&T MOBILITY LLC
11

12                  **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN JOSE DIVISION**
14

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No.: C-07-3407<br><br>MOTION OF DEFENDANT AT&T MOBILITY LLC TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT<br><br>Date:  February 11, 2008<br>Time: 9:00 a.m.<br><br>Honorable James Ware |

PLEASE TAKE NOTICE that on February 11, 2008, at 9:00 a.m., defendant AT&T Mobility LLC ("ATTM") will move and hereby does move for an order (1) compelling plaintiff Babak Pishvaee to arbitrate his claims against ATTM pursuant to 9 U.S.C. § 4; and (2) dismissing Pishvaee's claims against ATTM. In support of its motion, ATTM concurrently files the attached Memorandum of Points and Authorities; the Declarations of Neal S. Berinhout, Richard A. Nagareda, and Michael J. Stortz, and all exhibits thereto; and a proposed order.

| | | |
|---|---|---|
| 1 | DATED: November 20, 2007 | MAYER BROWN LLP |
| 2 | | By: /s/ Donald M. Falk |
| | | Donald M. Falk |

*Attorneys for Defendant AT&T MOBILITY LLC*

**CERTIFICATE OF SERVICE**

This certifies that on November 20, 2007, I electronically filed the within and foregoing:

MOTION OF AT&T MOBILITY LLC TO COMPEL
ARBITRATION AND TO DISMISS LITIGATION
PURSUANT TO THE FEDERAL ARBITRATION ACT

with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> William M. Audet
> James Cooper
> Ronald L. Johnston
> Adel A. Nadji
> Laura Riposa Van Druff
> Angel Lisa Tang

          /s/ Donald M. Falk