# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No.: C-07-3407<br><br>[DEFENDANT'S PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION AND DISMISS WITHOUT PREJUDICE THE CLAIMS AGAINST DEFENDANT AT&T MOBILITY LLC |

## ORDER

And now, this _____ day of _____, 2007, upon consideration of defendant AT&T Mobility LLC's Motion to Compel Arbitration, plaintiff Babak Pishvaee's Opposition, defendant's Reply, and oral argument, it is hereby **ORDERED** that defendant's Motion to Compel Arbitration is **GRANTED**, that plaintiff Pishvaee is compelled to resolve his dispute by arbitration, and that the claims against AT&T Mobility are **DISMISSED**.

_____
Hon. James Ware
United States District Judge