1  RONALD L. JOHNSTON (State Bar No. 57418)
   ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 S. Figueroa Street, Suite 4400
4  Los Angeles, CA 90017
   (213) 243-4000
5
   JAMES COOPER (Admitted *Pro Hac Vice*)
6  james.cooper@aporter.com
   LAURA RIPOSO VANDRUFF (Admitted *Pro Hac Vice*)
7  laura.vandruff@aporter.com
   ARNOLD & PORTER LLP
8  555 12th St., NW
   Washington, DC 20004
9  (202) 942-5000

10  Attorneys for Defendants
    m-Qube, Inc. & VeriSign, Inc.
11

12

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15                   **SAN JOSE DIVISION**

16

17  BABAK PISHVAEE, individually, and on        )  Case No.: C-07-3407-JW
    behalf of a class of similarly situated       )
18  individuals,                                  )  **[PROPOSED] ORDER GRANTING**
                                                  )  **DEFENDANTS M-QUBE, INC. AND**
19              Plaintiff,                        )  **VERSION, INC'S MOTION TO DISMISS**
                                                  )  **OR, IN THE ALTERNATIVE, TO COMPEL**
20        v.                                      )  **ARBITRATION**
                                                  )
21  VERISIGN, INC., a California corporation,     )
    M-QUBE, INC., a Delaware corporation,         )
22  and AT&T MOBILITY LLC, formerly               )  Date:   February 4, 2008
    known as Cingular Wireless LLC, a             )  Time:   9:00 a.m.
23  Delaware corporation,                         )  Place:  Courtroom 8
                                                  )
24              Defendants.                       )  Judge:  Hon. James Ware
                                                  )
25  _____ )

26

27

28

1

**[PROPOSED] ORDER**

2    On February, 4, 2008, defendants VeriSign, Inc. and m-Qube, Inc.'s motion to dismiss all

3    counts against VeriSign and m-Qube (Count I under the Consumer Legal Remedies Act, Count II

4    under sections 17200 and 17500 of the Business and Professions Code, Count III for unjust

5    enrichment, and Count IV for Declaratory and Injunctive Relief) or, in the alternative, to compel

6    arbitration came on regularly for hearing before the Honorable James Ware in the above captioned

7    action.  The parties were all represented by counsel.

8    After reviewing the papers submitted in support of and in opposition to the motion, hearing

9    oral arguments of counsel, and good cause appearing therefore:

10    IT IS HEREBY ORDERED as follows:

11    1.    VeriSign and m-Qube's Motion to Dismiss all counts against VeriSign and m-Qube

12    (Count I under the Consumer Legal Remedies Act, Count II under sections 17200 and 17500 of the

13    Business and Professions Code, Count III for unjust enrichment, and Count IV for Declaratory and

14    Injunctive Relief) is GRANTED;

15    [2.    VeriSign and m-Qube's Alternative Motion to Compel Arbitration is GRANTED,

16    and Plaintiff shall submit his individual claim to arbitration;]

17    [3.    This action is dismissed [or, all further judicial proceedings in this action are stayed

18    until arbitration proceedings among the parties have been completed.]]

19

20    DATED: _____                    _____

21                                                                  The Honorable James Ware

22

23

24

25

26

27

28