RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnston@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

JAMES COOPER (Admitted *Pro Hac Vice*)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF (Admitted *Pro Hac Vice*)
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
555 12th St., NW
Washington, DC 20004
(202) 942-5000

Attorneys for Defendants
m-Qube, Inc. & VeriSign, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No.: C-07-3407-JW<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: February 4, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8<br><br>Judge: Hon. James Ware |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action.  My business address is 777 S. Figueroa Street, Suite 4400, Los Angeles, California 90017.

I HEREBY CERTIFY that on this 20th day of November 2007, in case no. 07-3407-JW, copies of the following documents have been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4:

**1.    M-QUBE, INC. AND VERISIGN, INC'S CORPORATE DISCLOSURE STATEMENT;**

**2.    DEFENDANT M-QUBE, INC. AND VERISIGN, INC.'S NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND**

**3.    [PROPOSED] ORDER GRANTING DEFENDANTS M-QUBE, INC. AND VERISIGN, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION.**

A true and complete copy of the above named document was served on the interested parties in this action by these means:

**Electronic Mail**

William M. Audet
Adel A. Nadji
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone:  (415) 568-2555
Facsimile:  (415) 568-2556
waudet@audetlaw.com
anadji@audetlaw.com
(Attorneys for Plaintiff, Babka Pishvaee)

1  
2  
3  
4  
Michael James Stortz  
Drinker Biddle & Reath LLP  
50 Fremont Street, 20th Floor  
San Francisco, California 94105-2235  
Telephone: (415) 591-7500  
Facsimile: (415) 591-7510  
mjstortz@dbr.com

5 I declare that I am employed in the office of a member of the bar of this Court at whose

6 direction the service was made. I declare under penalty of perjury that the above is true and correct.

7 Executed on November 20, 2007 at Los Angeles, California.

8

9 By: /s/ C. Leyla Çambel

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28