RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnston@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

JAMES COOPER (Admitted *Pro Hac Vice*)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF (Admitted *Pro Hac Vice*)
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
555 12th St., NW
Washington, DC 20004
(202) 942-5000

Attorneys for Defendants
m-Qube, Inc. & VeriSign, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>         Plaintiff,<br><br>  v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>         Defendants. | Case No.: C-07-3407-JW<br><br>**M-QUBE, INC. AND VERISIGN, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Date: February 4, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8<br><br>Judge: Hon. James Ware |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants VeriSign, Inc. and m-Qube, Inc. make the following disclosures:

1. m-Qube, Inc. is a wholly owned subsidiary of VeriSign, Inc.

2. VeriSign, Inc. has no corporate parent, and no publicly held corporation owns 10% or more of VeriSign, Inc.'s stock.

Dated: November 20, 2007

Respectfully submitted,
ARNOLD & PORTER LLP

By: /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

James Cooper
*Admitted Pro Hac Vice*
Laura Riposo VanDruff
*Admitted Pro Hac Vice*
555 12th Street, NW
Washington, D.C. 20004
(202- 942-5000

*Attorneys for Defendants*
*VeriSign, Inc. and m-Qube, Inc.*