1  MICHAEL J. STORTZ (State Bar No. 139386)
2  BETH O. ARNESE (State Bar No. 241186)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No. C-07-3407 JW<br><br>**STIPULATION REGARDING DATE OF CASE MANAGEMENT CONFERENCE AND HEARINGS OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION** |

The parties, by and through their respective attorneys of record, hereby stipulate and agree to the following schedule:

1. The Case Management Conference is rescheduled from February 11, 2008 to March 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James Ware, in courtroom # 8, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

2. The hearing on Defendants VeriSign, Inc. and m-Qube Inc.'s Motion to Dismiss is rescheduled from February 4, 2008 to March 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James Ware.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393105\1

STIPULATION REGARDING CMC, MOTION TO DISMISS, AND MOTION TO COMPEL ARBITRATION
CASE NO. C-07-3407 JW

1    3.    The hearing on Defendant AT&T Mobility LLC's Motion to Compel Arbitration is rescheduled from February 11, 2008 to March 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James Ware.

4.    The parties will submit a Joint Case Management Conference Statement on or before February 15, 2008.

IT IS SO STIPULATED.

| Dated: December 21, 2007 | DRINKER BIDDLE & REATH LLP<br><br>/S/<br>MICHAEL J. STORTZ<br><br>Attorneys for Defendant<br>AT&T MOBILITY LLC |
|---|---|
| Dated: December 21, 2007 | ARNOLD & PORTER LLP<br><br>/S/<br><br>Attorneys for Defendants<br>VeriSign, Inc. and m-Qube, Inc. |
| Dated: December 21, 2007 | AUDET & PARTNERS, LLP<br><br>/S/<br><br>Attorneys for Plaintiff<br>Babak Pishvaee |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393105\1

STIPULATION REGARDING CMC, MOTION TO DISMISS, AND MOTION TO COMPEL ARBITRATION
CASE NO. C-07-3407 JW