UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No. C-07-3407 JW<br><br>**[PROPOSED] ORDER REGARDING DATE OF CASE MANAGEMENT CONFERENCE AND HEARING OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION** |

Based upon the Stipulation of the parties, it is ordered as follows:

1. The Case Management Conference is rescheduled from February 11, 2008 to March 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James Ware, in courtroom # 8, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

2. The hearing on Defendants VeriSign, Inc. and m-Qube Inc.'s Motion to Dismiss is rescheduled from February 4, 2008 to March 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James Ware.

1      3.    The hearing on Defendant AT&T Mobility LLC's Motion to Compel Arbitration is rescheduled from February 11, 2008 to March 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James Ware.

4      4.    The parties shall submit a Joint Case Management Conference Statement on or before February 15, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
                                                    THE HONORABLE JAMES WARE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393565\1