1  MICHAEL J. STORTZ (State Bar No. 139386)
2  BETH O. ARNESE (State Bar No. 241186)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5

6  Attorneys for Defendant
   AT&T MOBILITY LLC, formerly known as
7  Cingular Wireless LLC, a Delaware corporation

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals, | Case No. C-07-3407 PVT |
| | **DISCLOSURE STATEMENT OF AT&T MOBILITY LLC [F.R.C.P. 7.1]** |
| Plaintiff, | |
| v. | |
| VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation, | |
| Defendants. | |

23      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

24  counsel for AT&T Mobility LLC, make the following disclosure statement:

25      AT&T Mobility LLC is wholly owned by AT&T Inc. and AT&T Inc.'s wholly

26  owned subsidiaries. AT&T Inc. is the only publicly held corporation with a 10% or more

27  ownership interest in AT&T Mobility Inc.

28      AT&T Inc. has no parent company, and no publicly held corporation holds a 10%

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1  or greater ownership interest in AT&T Inc.

2

3  Dated: December 26, 2007                    DRINKER BIDDLE & REATH LLP

4                                              /s/
5                                              BETH O. ARNESE

6                                              Attorneys for Defendant
                                               AT&T MOBILITY LLC, formerly known
7                                              as Cingular Wireless LLC, a Delaware
                                               corporation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2