MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No. C-07-3407 JW<br><br>**STIPULATION REGARDING DATE OF CASE MANAGEMENT CONFERENCE AND HEARINGS OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION** |

The parties, by and through their respective attorneys of record, hereby stipulate and agree to the following schedule:

1. The Case Management Conference is rescheduled from February 11, 2008 to March 10, 2008 at 10 A.M.,  or as soon thereafter as the matter may be heard, before the Honorable Judge James Ware, in courtroom # 8, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

2. The hearing on Defendants VeriSign, Inc. and m-Qube Inc.'s Motion to Dismiss is rescheduled from February 4, 2008 to March 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James Ware.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393105\1

STIPULATION REGARDING CMC, MOTION TO DISMISS, AND MOTION TO COMPEL ARBITRATION
CASE NO. C-07-3407 JW

3. The hearing on Defendant AT&T Mobility LLC's Motion to Compel Arbitration is rescheduled from February 11, 2008 to March 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge James Ware.

4. The parties will submit a Joint Case Management Conference Statement on or before February 29, 2008.

IT IS SO STIPULATED.

| Dated: December 21, 2007 | DRINKER BIDDLE & REATH LLP<br><br>/S/<br>MICHAEL J. STORTZ<br><br>Attorneys for Defendant<br>AT&T MOBILITY LLC |
|---|---|
| Dated: December 21, 2007 | ARNOLD & PORTER LLP<br><br>/S/<br><br><br>Attorneys for Defendants<br>VeriSign, Inc. and m-Qube, Inc. |
| Dated: December 21, 2007 | AUDET & PARTNERS, LLP<br><br>/S/<br><br><br>Attorneys for Plaintiff<br>Babak Pishvaee |

\*\*\* IT IS SO ORDERED \*\*\*

Dated: January 2, 2008

_____
JAMES WARE
United States District Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393105\1

STIPULATION REGARDING CMC, MOTION TO DISMISS, AND MOTION TO COMPEL ARBITRATION
CASE NO. C-07-3407 JW