RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnson@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

JAMES COOPER (Admitted *Pro Hac Vice*)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF (Admitted *Pro Hac Vice*)
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
555 12th St., NW
Washington, DC 20004
(202) 942-5000

Attorneys for Defendants
m-Qube, Inc. & VeriSign, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>    Defendants. | Case No. C-07-3407-JW<br><br>**VERISIGN, INC. AND M-QUBE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. m-Qube, Inc., a wholly owned subsidiary of VeriSign, Inc.; and

2. VeriSign, Inc.

Dated: January 8, 2008

Respectfully submitted,
ARNOLD & PORTER LLP

By:  /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 South Figueroa Street, Suite 4400
Los Angeles, California  90017
(213) 243-4000

James Cooper (*Admitted Pro Hac Vice*)
Laura Riposo VanDruff (*Admitted Pro Hac Vice*)
555 12th Street, NW
Washington, DC  20004
(202) 942-5000

*Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.*