RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnson@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

JAMES COOPER (Admitted *Pro Hac Vice*)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF (Admitted *Pro Hac Vice*)
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
555 12th St., NW
Washington, DC 20004
(202) 942-5000

Attorneys for Defendants
m-Qube, Inc. & VeriSign, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>　　　　　　Defendants. | Case No. C-07-3407-JW<br><br>**CERTIFICATE OF SERVICE** |

1 | I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 777 S. Figueroa Street, Suite 4400, Los Angeles, California 90017.

I hereby certify that on this 8th day of January 2008, copies of the following document have been served:

**VERISIGN, INC. AND M-QUBE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**

True and complete copies of the above document were served on the following counsel by U.S. Mail:

> William M. Audet
> Adel A. Nadji
> Audet & Partners, LLP
> 221 Main Street, Suite 1460
> San Francisco, California 94105
> Telephone: (415) 568-2555
> Facsimile: (415) 568-2556
> waudet@audetlaw.com
> anadji@audetlaw.com
> (Attorneys for Plaintiff, Babka Pishvaee)
>
> Michael James Stortz
> Drinker Biddle & Reath LLP
> 50 Fremont Street, 20th Floor
> San Francisco, California 94105-2235
> Telephone: (415) 591-7500
> Facsimile: (415) 591-7510
> mjstortz@dbr.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on January 8, 2008 at Los Angeles, California.

By: /s/ C. Leyla Çambel
C. Leyla Çambel