1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No. C-07-3407 JW<br><br>**[PROPOSED] ORDER REGARDING AT&T MOBILITY LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\393988\1

[PROPOSED] ORDER

1  Based upon the Stipulation of the parties and AT&T Mobility LLC's
2  Administrative Motion to Consider Whether Cases Should be Related, and for good
3  cause appearing, it is ordered as follows:
4  Case No. CV-08-0013, captioned *Louis Jiran and Delores Gresham v. AT&T*
5  *Mobility LLC et al.*, is related under Local Rule 3-12 to the above-captioned matter.
6  *Jiran v. AT&T Mobility LLC,* Case No. CV-08-0013 shall be reassigned to the Honorable
7  James Ware.
8
9  **IT IS SO ORDERED.**
10
11
12
13
14  Dated: _____          THE HONORABLE JAMES WARE
15
...
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393988\1