1  RONALD L. JOHNSTON (State Bar No. 057418)
   ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
5  Facsimile:  (213) 243-4199

6  JAMES COOPER (admitted *pro hac vice*)
   james.cooper@aporter.com
7  LAURA RIPOSO VANDRUFF (admitted *pro hac vice*)
   Laura.riposo.vandruff@aporter.com
8  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
9  Washington, D.C.  20004-1206
   Telephone:  (202) 942-5000
10 Facsimile:  (202) 942-5999

11 Attorneys for Defendants VeriSign, Inc. and m-Qube, Inc.

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16  BABAK PISHVAEE, individually, and on      )   Case No. C-07-3407-JW
    behalf of a class of similarly situated    )
17  individuals,                               )   **DECLARATION OF ANGEL TANG**
                                               )   **PURSUANT TO CIVIL LOCAL RULE**
18                       Plaintiff,            )   **7-11**
                                               )
19          v.                                 )
                                               )
20  VERISIGN, INC., a California corporation,  )
    M-QUBE, INC., a Delaware corporation, and )
21  AT&T MOBILITY LLC, formerly known as       )
    Cingular Wireless LLC, a Delaware          )
22  corporation,                               )
                                               )
23                       Defendant.            )

24

25

26

27

28

1    DECLARATION OF ANGEL TANG PURSUANT TO CIVIL LOCAL RULE 7-11

2    I, Angel Tang, declare as follows:

3    1.    I am a member of the Bar of the State of California and admitted to practice before

4    this Court.  I am an associate in the firm of Arnold & Porter LLP, attorneys of record for VeriSign,

5    Inc. and m-Qube, Inc. ("VeriSign Defendants").

6    2.    Pursuant to Civil Local Rule 7-11, counsel for the VeriSign Defendants contacted

7    counsel for the parties in the *Pishvaee* and *Valdez* actions to assess whether they would agree that

8    the *Valdez* action is related to the *Pishvaee* action within the meaning of Local Rule 3-12.

9    3.    Counsel for Buongiorno USA, Inc., co-defendant in the *Valdez* action, advised

10    counsel for the VeriSign Defendants that Defendant Buongiorno does not take a position on the

11    VeriSign Defendants' Administrative Motion.

12    4.    Counsel for Plaintiff in the *Valdez* action does not believe that the two actions are

13    related.  Accordingly, a stipulation to the relief requested by this Administrative Motion could not

14    be obtained.

15    I declare under penalty of perjury of the laws of the United States of America that the

16    foregoing is true and correct.

17    Executed this 9th day of January, 2008 in Los Angeles, California.

18
19    Dated:  January 9, 2008                  ARNOLD & PORTER LLP

20                                             By:   /s/ Angel L. Tang
                                                    Angel L. Tang (State Bar No. 205396)

21

22

23

24

25

26

27

28

- 2 -

DECLARATION OF ANGEL TANG PURSUANT TO CIVIL LOCAL RULE 7-11
Case No. Case No. C-07-3407-JW