1  RONALD L. JOHNSTON (State Bar No. 57418)
   ronald.johnson@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 S. Figueroa Street, Suite 4400
4  Los Angeles, CA 90017
   (213) 243-4000
5
   JAMES COOPER (Admitted *Pro Hac Vice*)
6  james.cooper@aporter.com
   LAURA RIPOSO VANDRUFF (Admitted *Pro Hac Vice*)
7  laura.vandruff@aporter.com
   ARNOLD & PORTER LLP
8  555 12th St., NW
   Washington, DC 20004
9  (202) 942-5000

10 Attorneys for Defendants
   m-Qube, Inc. & VeriSign, Inc.

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                                **SAN JOSE DIVISION**

15

16 | BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals, | ) ) ) | Case No. C-07-3407-JW |
|---|---|---|
| Plaintiff, | ) ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) | |
| VERISIGN, INC., a California corporation, M-QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 777 S. Figueroa Street, Suite 4400, Los Angeles, California 90017.

I hereby certify that on this 9th day of January 2008, copies of the following document have been served:

**1.  VERISIGN, INC. AND M-QUBE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

**2.  DECLARATION OF ANGEL TANG PURSUANT TO LOCAL RULE 7-11**

True and complete copies of the above document were served on the following counsel by U.S. Mail:

William M. Audet
Adel A. Nadji
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
waudet@audetlaw.com
anadji@audetlaw.com
(Attorneys for Plaintiff, Babka Pishvaee)


Michael James Stortz
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
mjstortz@dbr.com


Terry M. Gordon
Law Offices of Terry M. Gordon
Three Harbor Drive
Suite 215
Sausalito, California 94965
Tel: 415-331-3601
Fax: 415-331-1225

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, Chtd.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois  60603
Tel:     312-427-4000
Fax:    312-427-1850


Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Boulevard
Suite 1530
Chicago, Illinois  60604
Tel:     312-589-6370
Fax:    312-873-4610


Michael James Stortz
Beth O'Neal Arnese
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Tel:     (415) 591-7500
Fax:    (415) 591-7510


Seamus C. Duffy
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Tel:     (215) 988-2700
Fax:    (215) 988-2757


Jeffrey L. Fillerup
Luce Forward Hamilton & Scripps LLP
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA  94105
Tel:     (415) 356-4600
Fax:    (415) 356-3881

CERTIFICATE OF SERVICE

1  Brent Austin
2  Chung-Han Lee
   Craig M. White
3  Wildman Harrold Allen & Dixon LLP
   225 West Wacker Drive
4  28th Floor
   Chicago, IL  60606-1229
5  Tel:     (312) 201-2000
   Fax:    (312) 201-2555
6

7  Rhett Traband
   Lauren Yelen
8  Broad & Cassel
   One Biscayne Tower
9  2 South Biscayne Blvd., 21st Floor
   Miami, Florida  33131
10 Tel:    (305) 373-9400
   Fax:   (305) 373-9443
11

12     I declare that I am employed in the office of a member of the bar of this Court at whose

13 direction the service was made.  I declare under penalty of perjury that the above is true and correct.

14     Executed on January 9, 2008 at Los Angeles, California.

15

16                                          By: /s/ C. Leyla Çambel
                                                 C. Leyla Çambel
17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

CERTIFICATE OF SERVICE