MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PISHVAEE,<br><br>                 Plaintiff,<br><br>       v.<br><br>VERISIGN, INC. et al.<br><br>                 Defendants. | Case No. C 07-03407 CW<br><br>**STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Valdez v. M-Qube, Inc., et al.*<br>*Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 07-06496 CW<br>Case No. C 07-00013 CW |

*Related to:*

*Bradberry v. T-Mobile USA, Inc.*          Case No. C 06-06567 CW

*Bradberry v. mBlox, Inc.*                    Case No. C 07-05298 CW

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\1

STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW, C 06-05298 CW,
                                                          C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned:

1. To permit adequate time to explore settlement, the Parties agree to suspend: (a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) responsive pleading deadlines.

2. The Parties further agree that the Case Management Conference shall be continued to April 17 at 2:00 p.m. At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

IT IS SO STIPULATED.

Dated: February __, 2008           DRINKER BIDDLE & REATH LLP

                                    /s/ Michael J. Stortz
                                   ──────────────────────────
                                   MICHAEL J. STORTZ

                                   Attorneys for Defendant
                                   AT&T Mobility, LLC

                                   50 Fremont Street, 20th Floor
                                   San Francisco, CA 94105

                                   *Of Counsel*
                                   Seamus C. Duffy
                                   DRINKER BIDDLE & REATH LLP
                                   One Logan Square
                                   18th & Cherry Streets
                                   Philadelphia, Pennsylvania 19103-6996
                                   Telephone: (215) 988-2700

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\1

2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC        CASE NOS. C 06-06567 CW, C 06-05298 CW,
                                                        C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

| | |
|---|---|
| Dated: February __, 2008 | ARNOLD & PORTER LLP |
| | |
| | /s/ Angel L. Tang |
| | RONALD L. JOHNSTON |
| | ANGEL L. TANG |
| | |
| | Attorneys for Defendants |
| | VeriSign, Inc. and m-Qube, Inc. |
| | |
| | 777 South Figueroa Street, Suite 4400 |
| | Los Angeles, California  90017 |
| | (213) 243-4000 |
| | |
| | *Of Counsel* |
| | James Cooper |
| | Arnold & Porter LLP |
| | 555 Twelfth Street, NW |
| | Washington, DC  20004-1206 |
| | Telephone:  (202) 942-5014 |
| | |
| Dated: February __, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| | |
| | /s/ Jeffrey L. Fillerup |
| | JEFFREY L. FILLERUP |
| | |
| | Attorneys for Defendant |
| | mBlox, Inc. |
| | |
| | Rincon Center II |
| | 121 Spear Street, Suite 200 |
| | San Francisco, CA  94105-1582 |
| | Telephone: (415) 356-4600 |
| | Facsimile: (415) 356-4610 |
| | |
| | *Of Counsel* |
| | Craig M. White |
| | Brent Austin |
| | Chung-Han Leewil |
| | WILDMAN HARROLD ALLEN & DIXON LLP |
| | 225 West Wacker Drive |
| | 28th Floor |
| | Chicago, IL 60606-1229 |
| | Telephone:  (312) 201-2000 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\1

3

STIPULATION REGARDING BRIEFING DEADLINES AND CMC     CASE NOS. C 06-06567 CW, C 06-05298 CW,
C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

| | | |
|---|---|---|
| 1 | Dated: February __, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |

/s/ Philip Atkins-Pattenson
PHILIP ATKINS-PATTENSON

Attorneys for Defendant
Mobile Messenger Americas, Inc.

Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947


Dated: February __, 2008        KAMBEREDELSON, LLC

/s/ Myles McGuire
MYLES MCGUIRE

Attorneys for Plaintiffs
Louis Jiran, Dolores Gresham and Aliza Valdez

Terry M. Gordon
The Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225


*Of Counsel*
Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604


John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, IL 60603

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\1

4

STIPULATION REGARDING BRIEFING DEADLINES AND CMC    CASE NOS. C 06-06567 CW, C 06-05298 CW,
C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

| | | |
|---|---|---|
| 1 | Dated: February __, 2008 | AUDET & PARTNERS LLP |
| 2 | | /s/ William M. Audet |
| | | WILLIAM M. AUDET |
| 3 | | |
| 4 | | Attorney for Plaintiff Babak Pishvaee |
| 5 | | William M. Audet |
| | | AUDET & PARTNERS LLP |
| 6 | | 221 Main Street, Suite 1460 |
| | | San Francisco, California 94105 |
| 7 | | Telephone: (415) 568-2555 |
| 8 | | |
| 9 | Dated: February __, 2008 | BROAD & CASSEL |
| 10 | | |
| | | /s/ Jeffrey R. Geldens |
| 11 | | JEFFREY R. GELDENS |
| 12 | | Attorneys for Defendant |
| | | Buongiorno USA, Inc. |
| 13 | | |
| | | Jeffrey R. Geldens |
| 14 | | BROAD AND CASSEL |
| | | One Biscayne Tower |
| 15 | | 2 South Biscayne Boulevard, 21st Floor |
| | | Miami, FL  33131 |
| 16 | | Telephone: (305) 373-9400 |
| 17 | Dated: February __, 2008 | GORDON & REES, LLP |
| 18 | | |
| | | /s/ Aristotle E. Evia |
| 19 | | ARISTOTLE E. EVIA |
| 20 | | Attorneys for Defendant |
| | | Buongiorno USA, Inc. |
| 21 | | |
| | | Aristotle Eder Evia |
| 22 | | GORDON & REES, LLP |
| | | 275 Battery Street, 20th Floor |
| 23 | | San Francisco, CA  94111 |
| | | Telephone: (415) 986-5900 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\1

5

STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW, C 06-05298 CW,
                                                         C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

1

2  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
3  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
6  Facsimile: (415) 591-7510

7  Attorneys for Defendant
   AT&T MOBILITY LLC
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 PISHVAEE,                           Case No. C 07-03407 CW

13            Plaintiff,               **[PROPOSED] ORDER**

14     v.

15 VERISIGN, INC. et al.

16            Defendants.

17 *Valdez v. M-Qube, Inc., et al.*    Case No. C 07-06496 CW
   *Jiran v. AT&T Mobility, LLC, et al.*  Case No. C 07-00013 CW
18

19    *Related to:*

20    *Bradberry v. T-Mobile USA, Inc.*    Case No. C 06-06567 CW

21    *Bradberry v. mBlox, Inc.*           Case No. C 07-05298 CW

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER                   CASE NOS. C 06-06567 CW, C 06-05298 CW,
                                   C 06-03407 CW, C 06-06496 CW, C 06-00013 CW

1

2   Based on the stipulation of the parties and for good cause shown, IT IS HEREBY
3   ORDERED.
4   1.   The Court suspends:  (a) all dates set forth in its February 15, 2008
5   Amended Case Management Scheduling Order for Reassigned Cases; and (b) responsive
6   pleading deadlines.
7   2.   The Case Management Conference shall be continued to April 17 at 2:00
8   p.m.  At that time, if needed, the Parties shall propose new dates for a Case Management
9   Scheduling Order.  The Parties will also address a proposed schedule for responsive
10  pleading deadlines at that time.
11  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

13  Dated: February __, 2008

_____
The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395424\1

2

[PROPOSED] ORDER                                         CASE NOS. C 06-06567 CW, C 06-05298 CW
                                                         C 06-03407 CW, C 06-06496 CW, C 06-00013 CW