1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>              Plaintiff,<br><br>    v.<br><br>T-MOBILE, USC, INC. et al.<br><br>              Defendants. | Case No. C 06-06567 CW<br><br>**STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

    1.    To permit adequate time to explore settlement in certain of these actions, the Parties in the above-captioned matters agree to suspend the following dates: (a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

    2.    The Parties further agree that the Case Management Conference in these actions shall be continued to April 17 at 2:00 p.m. At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC     CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW,

deadlines at that time.

IT IS SO STIPULATED.

Dated: February 26, 2008                    DRINKER BIDDLE & REATH LLP

                                                       /s/ Michael J. Stortz
                                          MICHAEL J. STORTZ

                                          Attorneys for Defendant
                                          AT&T Mobility, LLC

                                          50 Fremont Street, 20th Floor
                                          San Francisco, CA 94105

                                          *Of Counsel*
                                          Seamus C. Duffy
                                          DRINKER BIDDLE & REATH LLP
                                          One Logan Square
                                          18th & Cherry Streets
                                          Philadelphia, Pennsylvania 19103-6996
                                          Telephone: (215) 988-2700

Dated: February 26, 2008                    ARNOLD & PORTER LLP

                                          /s/ Angel L. Tang
                                          RONALD L. JOHNSTON
                                          ANGEL L. TANG

                                          Attorneys for Defendants
                                          VeriSign, Inc. and m-Qube, Inc.

                                          777 South Figueroa Street, Suite 4400
                                          Los Angeles, California  90017
                                          (213) 243-4000

                                          *Of Counsel*
                                          James Cooper
                                          Arnold & Porter LLP
                                          555 Twelfth Street, NW
                                          Washington, DC  20004-1206
                                          Telephone:  (202) 942-5014

Case 4:07-cv-03407-CW     Document 49     Filed 02/26/2008     Page 2 of 6

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

2
STIPULATION REGARDING BRIEFING DEADLINES AND CMC         CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

1  Dated: February 26, 2008                LUCE FORWARD HAMILTON & SCRIPPS LLP

   /s/ Jeffrey L. Fillerup
   ───────────────────────────────
   JEFFREY L. FILLERUP

   Attorneys for Defendant
   mBlox, Inc.

   Rincon Center II
   121 Spear Street, Suite 200
   San Francisco, CA 94105-1582
   Telephone: (415) 356-4600
   Facsimile: (415) 356-4610

   *Of Counsel*
   Craig M. White
   Brent Austin
   Chung-Han Lee
   WILDMAN HARROLD ALLEN & DIXON LLP
   225 West Wacker Drive
   28th Floor
   Chicago, IL 60606-1229
   Telephone: (312) 201-2000

Dated: February 26, 2008                SHEPPARD MULLIN RICHTER & HAMPTON LLP

   /s/ Philip Atkins-Pattenson
   ───────────────────────────────
   PHILIP ATKINS-PATTENSON

   Attorneys for Defendant
   Mobile Messenger Americas, Inc.

   Four Embarcadero Center
   Seventeenth Floor
   San Francisco, CA 94111
   Telephone: (415) 434-9100
   Facsimile: (415) 434-3947

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

3
STIPULATION REGARDING BRIEFING DEADLINES AND CMC     CASE NOS. C 06-06567 CW,
                                                     C 07-05298 CW  C 07-03407 CW,
                                                     C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | /s/ Myles McGuire<br>MYLES MCGUIRE |
| 4 | | Attorneys for Plaintiffs |
| 5 | | Louis Jiran, Dolores Gresham and Aliza Valdez |
| 6 | | Terry M. Gordon<br>The Law Offices of Terry M. Gordon |
| 7 | | Three Harbor Drive, Suite 215<br>Sausalito, California 94965 |
| 8 | | Telephone: (415) 331-3601<br>Facsimile: (415) 331-1225 |
| 9 | | |
| 10 | | *Of Counsel*<br>Jay Edelson |
| 11 | | Myles McGuire<br>KamberEdelson, LLC |
| 12 | | 53 West Jackson Blvd.<br>Suite 1530 |
| 13 | | Chicago, IL 60604 |
| 14 | | John G. Jacobs |
| 15 | | Bryan G. Kolton<br>The Jacobs Law Firm, CHTD. |
| 16 | | 122 South Michigan Ave<br>Suite 1850 |
| 17 | | Chicago, IL 60603 |
| 18 | Dated: February 26, 2008 | AUDET & PARTNERS, LLP |
| 19 | | |
| 20 | | /s/ William M. Audet<br>WILLIAM M. AUDET |
| 21 | | Attorney for Plaintiff Babak Pishvaee |
| 22 | | |
| 23 | | William M. Audet<br>AUDET & PARTNERS LLP |
| 24 | | 221 Main Street, Suite 1460<br>San Francisco, California 94105 |
| 25 | | Telephone: (415) 568-2555 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

4

STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

1  Dated: February 26, 2008                    BROAD & CASSEL

3                                              /s/ Jeffrey R. Geldens
                                               JEFFREY R. GELDENS

4                                              Attorneys for Defendant
                                               Buongiorno USA, Inc.

6                                              Jeffrey R. Geldens
                                               BROAD AND CASSEL
                                               One Biscayne Tower
7                                              2 South Biscayne Boulevard, 21st Floor
                                               Miami, FL  33131
8                                              Telephone: (305) 373-9400

10 Dated: February 26, 2008                    GORDON & REES, LLP

12                                             /s/ Aristotle E. Evia
                                               ARISTOTLE E. EVIA

13                                             Attorneys for Defendant
                                               Buongiorno USA, Inc.

15                                             Aristotle Eder Evia
                                               GORDON & REES, LLP
                                               275 Battery Street, 20th Floor
16                                             San Francisco, CA  94111
                                               Telephone: (415) 986-5900

18 Dated: February 26, 2008                    WINSTON & STRAWN, LLP

20                                             /s/ Debra J. Albin-Riley
                                               DEBRA J. ALBIN-RILEY

21                                             Attorney for Defendant T-Mobile USA, Inc.

23                                             Debra J. Albin- Riley
                                               WINSTON & STRAWN LLP
                                               333 South Grand Avenue, 38th Floor
24                                             Los Angeles, California 90017-1543
                                               Telephone:  (213) 615-1700
25                                             Facsimile:   (213) 615-1750

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

5
STIPULATION REGARDING BRIEFING DEADLINES AND CMC           CASE NOS. C 06-06567 CW,
                                                           C 07-05298 CW  C 07-03407 CW,
                                                           C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | THE JACOBS LAW FIRM, CHTD |
| 2 | | |
| 3 | | /s/ John G. Jacobs<br>JOHN G. JACOBS |
| 4 | | Attorneys for Plaintiff |
| 5 | | Russell Bradberry |
| 6 | | John G. Jacobs<br>Bryan G. Kolton |
| 7 | | THE JACOBS LAW FIRM, CHTD<br>122 South Michigan Ave., Ste. 1850 |
| 8 | | Chicago, Ill 60603<br>Telephone: (312) 427-4000 |
| 9 | | Facsimile:  (312) 427-1850 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

6

STIPULATION REGARDING BRIEFING DEADLINES AND CMC    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

1

2  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
3  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
6  Facsimile: (415) 591-7510

7  Attorneys for Defendant
   AT&T MOBILITY LLC
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | BRADBERRY,                               | Case No. C 06-06567 CW
13 |                Plaintiff,                | **[PROPOSED] ORDER**
14 |      v.                                  |
15 | T-MOBILE, USC, INC. et al.               |
16 |                Defendants.               |

17 | *Bradberry v. mBlox, Inc*                | Case No. C 07-05298 CW
   | *Pishvaee v. Verisign, Inc.*             | Case No. C 07-03407 CW
18 | *Jiran v. AT&T Mobility, LLC, et al.*    | Case No. C 08-00013 CW
   | *Valdez v. M-Qube, Inc., et al.*         | Case No. C 07-06496 CW
19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER                          CASE NOS. C 06-06567 CW,
                                          C 07-05298 CW  C 07-03407 CW,
                                          C 08-00013 CW, CW, C 07-06496 CW

1

2      Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
3 ORDERED.
4      1.   The Court suspends the following dates in the above-captioned matters: (a)
5 all dates set forth in the Court's February 15, 2008 Amended Case Management
6 Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.
7      2.   The Case Management Conference shall be continued to April 17 at 2:00
8 p.m. At that time, if needed, the Parties shall propose new dates for a Case Management
9 Scheduling Order. The Parties will also address a proposed schedule for responsive
10 pleading deadlines at that time.
11      Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.
12
13 Dated: February __, 2008
14
15                                    _____
                                      The Honorable Claudia Wilken
                                      United States District Court,
16                                    Northern District of California
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

2

[PROPOSED] ORDER                                                  CASE NOS. C 06-06567 CW,
                                                                  C 07-05298 CW  C 07-03407 CW,
                                                                  C 08-00013 CW, CW, C 07-06496 CW