MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY, | Case No. C 06-06567 CW |
| Plaintiff, | **ORDER** |
| v. | |
| T-MOBILE, USC, INC. et al. | |
| Defendants. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER                      CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

1   Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2   ORDERED.
3   1.   The Court denies without prejudice to renoticing the pending motions set
4   forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for
5   Reassigned Cases; and (b) stays all responsive pleading deadlines.
6   2.   The Case Management Conference shall be continued to **April 15, 2008, at**
7   **2:00 p.m.**  At that time, the Parties shall propose new dates for a Case Management
8   Scheduling Order.  The Parties will also address a proposed schedule for responsive
9   pleading deadlines at that time.
10  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED as
11  modified.

13  Dated: March 10, 2008

_____
The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

2

[PROPOSED] ORDER                                              CASE NOS. C 06-06567 CW,
                                                        C 07-05298 CW  C 07-03407 CW,
                                                        C 08-00013 CW, CW, C 07-06496 CW