# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Pishvaee,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>VeriSign, Inc.,<br><br>                    Defendant(s). | 07-03407 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03407 CW                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: April 3, 2008

                        RICHARD W. WIEKING
                        Clerk
                        by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Pishvaee v. VeriSign, Inc.

Case Number:    07-03407 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 3, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Michael James Stortz
> Drinker Biddle & Reath LLP
> 50 Fremont Street, 20th Floor
> San Francisco, Ca 94105-2235
> mjstortz@dbr.com
>
> Donald M. Falk
> Mayer Brown LLP
> Two Palo Alto Square, Suite 300
> 3000 El Camino Real
> Palo Alto, CA 94306-2112
> dfalk@mayerbrown.com
>
> Beth O'Neal Arnese
> Drinker Biddle & Reath
> 50 Fremont Street, 20th Floor
> San Francisco, CA 94105
> beth.arnese@dbr.com
>
> Adel A. Nadji
> Audet & Partners, LLP

221 Main Street, Suite 1460
San Francisco, CA 94105
anadji@audetlaw.com

William M. Audet
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
waudet@audetlaw.com

Angel Lisa Tang
Arnold & Porter
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Angel_Tang@aporter.com

Ronald L. Johnston
Arnold & Porter
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
Ronald_Johnston@APorter.com

James Cooper
Arnold & Porter
555 Twelfth Street
Washington, DC 20004-1206

Laura Riposa Van Druff
Arnold and Porter LLP
555 Twelfth Street
Washingtron, DC 20004-1206


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 3, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov