JOHN G. JACOBS
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Ave., Ste. 1850
Chicago, Ill 60603
Telephone: (312) 427-4000
Facsimile:   (312) 427-1850

Attorneys for PLAINTIFF RUSSELL BRADBERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY, RUSSELL<br><br>           Plaintiff,<br><br>     v.<br><br>T-MOBILE, USA, INC.<br><br>           Defendant. | Case No. C 06-06567 CW<br><br>**CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

Parties to these actions have discussed and continue to discuss potential settlement. To permit further time for such discussions, IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs Bradberry, Pishvaee, Jiran, and Valdez and Defendants, mBlox, Inc., VeriSign, Inc., m-Qube, Inc., and Mobile Messenger Americas, Inc. (the "Stipulating Parties"):

1. The parties in the above-captioned matters filed a stipulation regarding briefing deadlines and a continuance of the case management conference date on April 9, 2008 (the "April 9th Stipulation").

---

CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW,

2. The April 9th Stipulation was intended to govern only the following actions: Bradberry v. mBlox, Inc.; Pishvaee v. Verisign, Inc.; Jiran v. AT&T Mobility, LLC; and Valdez v. m-Qube, Inc. (the "Non T-Mobile Actions")

3. The April 9th Stipulation was not intended to govern Bradberry v. T-Mobile USA, Inc. or to supersede the Joint Case Management Statement filed on April 4, 2008 in that action.

4. The Stipulating Parties thus amend the April 9th Stipulation as follows and agree to suspend the following dates for the Non T-Mobile Actions: (a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

5. The Parties further agree that the Case Management Conference in the Non T-Mobile Actions shall be continued to June 17, 2008 at 2:00 p.m. At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

6. T-Mobile USA, Inc. has refused to give its consent to this corrected stipulation[1]. See T-Mobile e-mail attached hereto as Exhibit A.

IT IS SO STIPULATED.

---

[1] In a mediation conducted by Judge Eugene Lynch (ret.) in early January, T-Mobile and Bradberry reached an agreement in principle to settle the case. That was over three months ago, and there is still no signed settlement agreement. Plaintiff Bradberry believes that while a stay in the Non T-Mobile actions would save judicial resources and give the parties time to see if a settlement can be reached, extending this to the T-Mobile case would only allow the delay in resolution to continue.

2

CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

1

2  Dated: April 11, 2008                    ARNOLD & PORTER LLP

3

4                                            /s/ Angel L. Tang
                                            RONALD L. JOHNSTON
5                                           ANGEL L. TANG

6                                           Attorneys for Defendants
                                            VeriSign, Inc. and m-Qube, Inc.
7
                                            777 South Figueroa Street, Suite 4400
8                                           Los Angeles, California 90017
                                            (213) 243-4000
9
                                            *Of Counsel*
10                                          James Cooper
                                            Arnold & Porter LLP
11                                          555 Twelfth Street, NW
                                            Washington, DC 20004-1206
12                                          Telephone: (202) 942-5014

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          3
CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

| | | |
|---|---|---|
| 1 | Dated: April 11, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | /s/ Jeffrey L. Fillerup<br>JEFFREY L. FILLERUP |
| 4 | | Attorneys for Defendant<br>mBlox, Inc. |
| 5 | | |
| 6 | | Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582<br>Telephone: (415) 356-4600<br>Facsimile: (415) 356-4610 |
| 7 | | |
| 8 | | |
| 9 | | *Of Counsel* |
| 10 | | WILDMAN HARROLD ALLEN & DIXON LLP |
| 11 | | /s/ Chung-Han Lee<br>CHUNG-HAN LEE |
| 12 | | |
| 13 | | Craig M. White<br>Brent Austin<br>Chung-Han Lee<br>225 West Wacker Drive<br>28th Floor<br>Chicago, IL 60606-1229<br>Telephone: (312) 201-2000 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Dated: April 11, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 19 | | |
| 20 | | /s/ Philip Atkins-Pattenson<br>PHILIP ATKINS-PATTENSON |
| 21 | | Attorneys for Defendant<br>Mobile Messenger Americas, Inc. |
| 22 | | |
| 23 | | Four Embarcadero Center<br>Seventeenth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | 4 |

CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

| | | |
|---|---|---|
| 1 | Dated: April 11, 2008 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | /s/ Myles McGuire<br>MYLES MCGUIRE |
| 4 | | Attorneys for Plaintiffs |
| 5 | | Louis Jiran, Dolores Gresham and Aliza Valdez |

*Of Counsel*
Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604

Terry M. Gordon
The Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, IL 60603

Dated: April 11, 2008                    AUDET & PARTNERS, LLP

/s/ William M. Audet
WILLIAM M. AUDET

Attorney for Plaintiff BabakPishvaee

William M. Audet
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555

5
CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

Dated: April 11, 2008                THE JACOBS LAW FIRM, CHTD

/s/ John G. Jacobs
JOHN G. JACOBS

Attorneys for Plaintiff
Russell Bradberry

John G. Jacobs
Bryan G. Kolton
THE JACOBS LAW FIRM, CHTD
122 South Michigan Ave., Ste. 1850
Chicago, Ill 60603
Telephone: (312) 427-4000
Facsimile:  (312) 427-1850

I hereby attest that the concurrence in the filing of this document has been obtained by the above signatory indicated on the conformed signature (/s/) within this efiled document.

/s/  John G. Jacobs
John G. Jacobs

6

CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

## CERTIFICATE OF SERVICE

John G. Jacobs, an attorney in the foregoing matter, certifies that he caused a copy of the Corrected Stipulation Regarding Briefing Deadlines and Continuing Case Management Conference Date, the attached Exhibit A and the attached proposed order to be sent to all counsel identified on the attached service list by U.S. mail on this 11th day of April, 2008 and by electronically filing a copy via the ECF system on this same date.

/s/ John G. Jacobs
John G. Jacobs

7

CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

<u>SERVICE LIST</u>

Terry M. Gordon
Law Offices of Terry M. Gordon
3 Harbor Drive, Suite 215
Sausalito, CA 94965
415-331-3601

Jay Edelson
Myles P. McGuire
KamberEdelson, LLC.
53 West Jackson Boulevard
Suite 550
Chicago, IL 60604
312-589-6370

Amanda L. Groves
Leda M. Mouallem
Winston & Strawn LLP
101 California Street
Suite 3900
San Francisco, CA 94111
415-591-1409

Debra J. Albin-Riley
Winston & Strawn LLP
333 South Grand Avenue
38th Floor
Los Angeles, CA 90071
213-615-1700

Michael James Stortz
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
415-591-7500

David M. Falk
Mayer Brown LLP
Two Palo Alto Square
Suite 300
3000 El Camino Real
Palo Alto, CA 94306
650-331-2060

Jeffery L. Fillerup
Luce Forward Hamilton & Scripps LLP
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105
415-365-46900

8

CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

1  Brent R. Austin
   Chung-Han Lee
2  Craig M. White
   Wildman, Harrold, Allen & Dixon LLP
3  225 West Wacker Drive
   Suite 2800
4  Chicago, IL 60606
   312-201-2000
5
   James Cooper
6  Laura Riposo Vandruff
   Ronald L. Johnson
7  Angel L. Tang
   Arnold & Porter LLP
8  55 12th Street, NW
   Washington, DC 20004
9  202-942-5999

10 Ronald J. Johnston
   Angel L. Tang
11 Arnold & Porter LLP
   777 S. Figueroa Street
12 Suit 4400
   Los Angeles, Ca 90017
13 213-243-4199

14 Jeffrey R. Geldens
   Rhett Traband
15 Laura A. Yelen
   Broad and Cassel
16 One Biscayne Tower
   2 South Biscayne Blvd, 21st Floor
17 Miami, FL 33131
   305-373-9443
18
   William M. Audet
19 Audet & Partners LLP
   221 Main Street, Suite 1460
20 San Francisco, California 94105
   415 568-2555
21
   Philip Atkins-Pattenson
22 Sheppard Mullin Richter & Hampton LLP
   Four Embarcadero Center
23 Seventeenth Floor
   San Francisco, CA  94111
24 415 434-9100

25

26

27

28
                                    9
   CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
                  CASE NOS. C 06-06567 CW,
                                              C 07-05298 CW  C 07-03407 CW,
                                              C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

# EXHIBIT A

---------- Forwarded message ----------
From: Albin-Riley, Debra <DRiley@winston.com>
Date: Wed, Apr 9, 2008 at 9:03 PM
Subject: RE: Bradberry - amended stipulation
To: Myles McGuire <mpm1234@gmail.com>
Cc: "Jay Edelson, Esq." <jedelson@kamberedelson.com>, "John G. Jacobs" <jgjacobs@thejacobslawfirm.com>, "Groves, Amanda L." <AGroves@winston.com>

Gentlemen,

As we discussed on the phone today, I do not see the necessity for a Case Management Conference in the Bradberry case next week given both how far we've proceeded in documenting the proposed settlement and the fact that the Case Management Conference in the related cases will now proceed in June. In reliance on the correctness of the Stipulation which I was asked to sign, I canceled my flight reservation and see a resumed Case Management Conference as an unnecessary expenditure of time and resources.

For those reasons, I will not sign the Corrected Stipulation. Should you choose to make an ex parte application, I request that you attach this e-mail as part of the record indicating our position on this issue.

As I said, if the Court orders the resumption of a Case Management Conference for this case only, independent of the other related cases, we will appear, but will not stipulate to do so as we deem it to be wholly unnecessary.

Cordially,


Debra

1  TERRY M. GORDON (SBN 75604)
   LAW OFFICES OF TERRY M. GORDON
2  Three Harbor Drive, Suite 317
   Sausalito, California 94965
3  Telephone: (415) 331-3601
   Facsimile: (415) 331-1225
4
5  Attorneys for PLAINTIFF RUSSELL BRADBERRY

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| BRADBERRY, RUSSELL | Case No. C 06-06567 CW |
| Plaintiff, | **CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| v. | |
| T-MOBILE, USA, INC. | |
| Defendant. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW,

SF1\395423\2

Based on the Corrected Stipulation of the Parties identified therein and for good cause shown, IT IS HEREBY ORDERED.

1. The Case Management Conference shall be continued to **June 17, 2008 at 2:00 p.m** for the following actions: Bradberry v. mBlox, Inc.; Pishvaee v. Verisign, Inc.; Jiran v. AT&T Mobility, LLC; and Valdez v. m-Qube, Inc.. In the interim, all responsive pleading deadlines for such actions remain stayed. At the Case Management Conference on June 17, 2008, the Parties shall propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

2. The Case Management Conference scheduled for **April 15, 2008 at 2:00 p.m** for the Bradberry v. T-Mobile USA, Inc. action shall occur at that time. Pursuant to the Case Management Order dated March 10, 2008, all responsive pleading deadlines for such action are stayed until the Case Management Conference on April 15, 2008.

Dated: April __, 2008

The Honorable Claudia Wilken
United States District Court,
Northern District of California