Michael J. Stortz (SBN #139386)
michael.stortz@dbr.com
Beth O. Arnese (SBN #241186)
beth.arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>  Plaintiff,<br><br>v.<br><br>T-MOBILE, USA, INC. et al.<br><br>  Defendants. | Case No. C 06-06567 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

The Parties in this action hereby stipulate and agree to the entry of an Order Continuing the Case Management Conference ("CMC") presently set for July 22, 2008 at 2:00 p.m. and in support of the requested relief state:

1. The Parties in the above-captioned matters previously stipulated to continue the CMC for all cases until June 17, 2008 and again stipulated to continue the CMC until July 22.

2. In the parties' Stipulation dated June 12, 2008, this Court was apprised of the national settlement of a parallel class action pending before the Superior Court of Fulton County, Georgia and captioned *McFerren v. AT&T Mobility LLC*, No. 2008-EV-004400F. The settlement was preliminarily approved on May 30, and the final approval hearing for the *McFerren* settlement is set for December 8, 2008. The Plaintiffs and Defendant AT&T Mobility have concurrently filed a Joint Motion to Stay these proceedings as related to themselves, which is presently set for hearing on September 4, 2008.

3. Defendant T-Mobile and counsel for the *McFerren* Plaintiffs have also been in discussions relating to the resolution of this and other matters and request additional time to continue such dialogue.

4. Under the circumstances, the Parties request that the CMC be continued until September 9, 2008 at 2:00 pm or any date thereafter as is convenient for the Court.

WHEREFORE, the Parties respectfully request this Court enter an Order Continuing the Case Management Conference presently set for July 22, 2008 at 2:00 pm until September 9, 2008 at 2:00pm, or such other date as is convenient to the Court, where if these matter are not resolved the Parties will discuss a proposed schedule for a responsive pleadings deadline.

IT IS SO STIPULATED.

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: July 16, 2008 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | /s/ Myles McGuire<br>MYLES MCGUIRE |
| 4 | | Attorneys for Plaintiffs<br>Louis Jiran, Dolores Gresham and Aliza Valdez |
| 5 | | |
| 6 | | Terry M. Gordon<br>The Law Offices of Terry M. Gordon |
| 7 | | Three Harbor Drive, Suite 215<br>Sausalito, California 94965<br>Telephone: (415) 331-3601 |
| 8 | | Facsimile: (415) 331-1225 |
| 9 | | |
| 10 | | Jay Edelson<br>Myles McGuire |
| 11 | | KamberEdelson, LLC<br>53 West Jackson Blvd. |
| 12 | | Suite 550<br>Chicago, IL 60604 |
| 13 | | |
| 14 | | John G. Jacobs<br>Bryan G. Kolton |
| 15 | | The Jacobs Law Firm, CHTD.<br>122 South Michigan Ave |
| 16 | | Suite 1850<br>Chicago, IL 60603 |
| 17 | Dated: July 16, 2008 | DRINKER BIDDLE & REATH LLP |
| 18 | | |
| 19 | | /s/ Michael J. Stortz<br>MICHAEL J. STORTZ |
| 20 | | Attorneys for Defendant<br>AT&T Mobility, LLC |
| 21 | | |
| 22 | | 50 Fremont Street, 20th Floor<br>San Francisco, CA 94105 |
| 23 | | *Of Counsel* |
| 24 | | Seamus C. Duffy<br>DRINKER BIDDLE & REATH LLP |
| 25 | | One Logan Square<br>18th & Cherry Streets |
| 26 | | Philadelphia, Pennsylvania 19103-6996<br>Telephone: (215) 988-2700 |
| 27 | | |
| 28 | | |

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE        CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 16, 2008 | ARNOLD & PORTER LLP |

/s/ Angel L. Tang
RONALD L. JOHNSTON
ANGEL L. TANG

Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

777 South Figueroa Street, Suite 4400
Los Angeles, California 90017
(213) 243-4000

*Of Counsel*
James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

Dated: July 16, 2008                    LUCE FORWARD HAMILTON & SCRIPPS LLP

/s/ Chung-Han Lee
CHUNG-HAN LEE

Attorneys for Defendant
mBlox, Inc.

Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone: (415) 356-4600
Facsimile: (415) 356-4610

*Of Counsel*
Craig M. White
Brent Austin
Chung-Han Lee
WILDMAN HARROLD ALLEN & DIXON LLP
225 West Wacker Drive
28th Floor
Chicago, IL 60606-1229
Telephone: (312) 201-2000

| | | |
|---|---|---|
| 1 | Dated: July 16, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | /s/ Philip Atkins-Pattenson<br>PHILIP ATKINS-PATTENSON |
| 4 | | Attorneys for Defendant<br>Mobile Messenger Americas, Inc. |
| 5 | | |
| 6 | | Four Embarcadero Center<br>Seventeenth Floor |
| 7 | | San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Dated: July 16, 2008 | AUDET & PARTNERS, LLP |
| 12 | | /s/ William M. Audet |
| 13 | | WILLIAM M. AUDET |
| 14 | | Attorney for Plaintiff Babak Pishvaee |
| 15 | | |
| 16 | | William M. Audet<br>AUDET & PARTNERS LLP<br>221 Main Street, Suite 1460 |
| 17 | | San Francisco, California 94105<br>Telephone: (415) 568-2555 |

5

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE       CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: July 16, 2008 | BROAD & CASSEL |
| 2 | | |
| 3 | | /s/ Jeffrey R. Geldens <br> JEFFREY R. GELDENS |
| 4 | | Attorneys for Defendant <br> Buongiorno USA, Inc. |
| 5 | | |
| 6 | | Jeffrey R. Geldens <br> BROAD AND CASSEL <br> One Biscayne Tower <br> 2 South Biscayne Boulevard, 21st Floor <br> Miami, FL 33131 <br> Telephone: (305) 373-9400 |
| 10 | Dated: July 16, 2008 | GORDON & REES, LLP |
| 11 | | |
| 12 | | /s/ Aristotle E. Evia <br> ARISTOTLE E. EVIA |
| 13 | | Attorneys for Defendant <br> Buongiorno USA, Inc. |
| 15 | | Aristotle Eder Evia <br> GORDON & REES, LLP <br> 275 Battery Street, 20th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 986-5900 |
| 18 | Dated: July 16, 2008 | ARENT FOX LLP |
| 19 | | |
| 20 | | /s/ Debra J. Albin-Riley <br> DEBRA J. ALBIN-RILEY |
| 21 | | Attorney for Defendant T-Mobile USA, Inc. |
| 23 | | Debra J. Albin-Riley <br> ARENT FOX LLP <br> 555 West Fifth Street, 48th Floor <br> Los Angeles, CA 90013 <br> Telephone: (213) 629-7400 <br> Facsimile: (213) 629-7401 |

| | |
|---|---|
| 1  Dated: July 16, 2008 | THE JACOBS LAW FIRM, CHTD |
| 2  | |
| 3  | /s/ John G. Jacobs |
|    | JOHN G. JACOBS |
| 4  | Attorneys for Plaintiff |
|    | Russell Bradberry |
| 5  | |
| 6  | John G. Jacobs |
|    | Bryan G. Kolton |
| 7  | THE JACOBS LAW FIRM, CHTD |
|    | 122 South Michigan Ave., Ste. 1850 |
|    | Chicago, Ill 60603 |
| 8  | Telephone: (312) 427-4000 |
|    | Facsimile:  (312) 427-1850 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE       CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW