1   Michael J. Stortz (SBN #139386)
    michael.stortz@dbr.com
2   Beth O. Arnese (SBN #241186)
    beth.arnese@dbr.com
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street
4   20th Floor
    San Francisco, CA 94105-2235
5   Telephone: (415) 591-7500
    Facsimile: (415) 591-7510
6
7   Attorneys for Defendant
    AT&T MOBILITY LLC

8

9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | BRADBERRY, | Case No. C 06-06567 CW |
|---|---|---|
| 14 | Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 15 | v. | |
| 16 | T-MOBILE, USA, INC. et al. | |
| 17 | Defendants. | |
| 18 | *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| 19 | *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| | *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| 20 | *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

21

22

23

24

25

26

27

28

---

1

2       The Parties in this action hereby stipulate and agree to the entry of an Order

3   Continuing the Case Management Conference ("CMC") presently set for July 22, 2008 at

4   2:00 p.m. and in support of the requested relief state:

5       1.      The Parties in the above-captioned matters previously stipulated to continue

6   the CMC for all cases until June 17, 2008 and again stipulated to continue the CMC until

7   July 22.

8       2.      In the parties' Stipulation dated June 12, 2008, this Court was apprised of

9   the national settlement of a parallel class action pending before the Superior Court of

10  Fulton County, Georgia and captioned *McFerren v. AT&T Mobility LLC*, No. 2008-EV-

11  004400F.  The settlement was preliminarily approved on May 30, and the final approval

12  hearing for the *McFerren* settlement is set for December 8, 2008.  The Plaintiffs and

13  Defendant AT&T Mobility have concurrently filed a Joint Motion to Stay these

14  proceedings as related to themselves, which is presently set for hearing on September 4,

15  2008.

16      3.      Defendant T-Mobile and counsel for the *McFerren* Plaintiffs have also

17  been in discussions relating to the resolution of this and other matters and request

18  additional time to continue such dialogue.

19      4.      Under the circumstances, the Parties request that the CMC be continued

20  until September 16, 2008 at 2:00 pm or any date thereafter as is convenient for the Court.

21      WHEREFORE, the Parties respectfully request this Court enter an Order

22  Continuing the Case Management Conference presently set for July 22, 2008 at 2:00 pm

23  until September 16, 2008 at 2:00pm, or such other date as is convenient to the Court,

24  where if these matter are not resolved the Parties will discuss a proposed schedule for a

25  responsive pleadings deadline.

26      IT IS SO STIPULATED.

27

28

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE                                    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

1    Dated: July 16, 2008                    KamberEdelson, LLC

2

3                                            /s/ Myles McGuire
                                             MYLES MCGUIRE

4                                            Attorneys for Plaintiffs
                                             Louis Jiran, Dolores Gresham and Aliza Valdez
5

6                                            Terry M. Gordon
                                             The Law Offices of Terry M. Gordon
7                                            Three Harbor Drive, Suite 215
                                             Sausalito, California  94965
                                             Telephone: (415) 331-3601
8                                            Facsimile: (415) 331-1225

9

10                                           Jay Edelson
                                             Myles McGuire
11                                           KamberEdelson, LLC
                                             53 West Jackson Blvd.
12                                           Suite 550
                                             Chicago, IL 60604

13

14                                           John G. Jacobs
                                             Bryan G. Kolton
15                                           The Jacobs Law Firm, CHTD.
                                             122 South Michigan Ave
16                                           Suite 1850
                                             Chicago, IL 60603

17   Dated: July 16, 2008                    Drinker Biddle & Reath LLP

18

19                                           /s/ Michael J. Stortz
                                             MICHAEL J. STORTZ

20                                           Attorneys for Defendant
                                             AT&T Mobility, LLC
21

22                                           50 Fremont Street, 20th Floor
                                             San Francisco, CA 94105

23                                           *Of Counsel*
                                             Seamus C. Duffy
24                                           Drinker Biddle & Reath LLP
                                             One Logan Square
25                                           18th & Cherry Streets
                                             Philadelphia, Pennsylvania 19103-6996
26                                           Telephone: (215) 988-2700

27

28

3

Stipulation to Continue Case Management Conference         Case Nos. C 06-06567 CW,
                                                           C 07-05298 CW  C 07-03407 CW,
                                                           C 08-00013 CW, C 07-06496 CW

1

2    Dated: July 16, 2008                           ARNOLD & PORTER LLP

3

4                                                   /s/ Angel L. Tang
                                                    RONALD L. JOHNSTON
                                                    ANGEL L. TANG
5

6                                                   Attorneys for Defendants
                                                    VeriSign, Inc. and m-Qube, Inc.

7                                                   777 South Figueroa Street, Suite 4400
                                                    Los Angeles, California  90017
8                                                   (213) 243-4000

9                                                   *Of Counsel*
                                                    James Cooper
10                                                  Arnold & Porter LLP
                                                    555 Twelfth Street, NW
11                                                  Washington, DC  20004-1206
                                                    Telephone:  (202) 942-5014
12

13   Dated: July 16, 2008                           LUCE FORWARD HAMILTON & SCRIPPS LLP

14

15                                                  /s/ Chung-Han Lee
                                                    CHUNG-HAN LEE

16                                                  Attorneys for Defendant
                                                    mBlox, Inc.
17

18                                                  Rincon Center II
                                                    121 Spear Street, Suite 200
19                                                  San Francisco, CA  94105-1582
                                                    Telephone: (415) 356-4600
                                                    Facsimile: (415) 356-4610
20

21                                                  *Of Counsel*
                                                    Craig M. White
22                                                  Brent Austin
                                                    Chung-Han Lee
23                                                  WILDMAN HARROLD ALLEN & DIXON LLP
                                                    225 West Wacker Drive
24                                                  28th Floor
                                                    Chicago, IL 60606-1229
25                                                  Telephone:  (312) 201-2000
26

27

28

4

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE             CASE NOS. C 06-06567 CW,
                                                              C 07-05298 CW  C 07-03407 CW,
                                                              C 08-00013 CW, C 07-06496 CW

1    Dated: July 16, 2008                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

2
                                            /s/ Philip Atkins-Pattenson
3                                           PHILIP ATKINS-PATTENSON

4                                           Attorneys for Defendant
                                            Mobile Messenger Americas, Inc.
5
                                            Four Embarcadero Center
6                                           Seventeenth Floor
                                            San Francisco, CA 94111
7                                           Telephone: (415) 434-9100
                                            Facsimile: (415) 434-3947
8

9

10

11   Dated: July 16, 2008                   AUDET & PARTNERS, LLP

12
                                            /s/ William M. Audet
13                                          WILLIAM M. AUDET

14                                          Attorney for Plaintiff Babak Pishvaee

15
                                            William M. Audet
16                                          AUDET & PARTNERS LLP
                                            221 Main Street, Suite 1460
17                                          San Francisco, California 94105
                                            Telephone: (415) 568-2555
18

19

20

21

22

23

24

25

26

27

28

                                            5

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE            CASE NOS. C 06-06567 CW,
                                                             C 07-05298 CW  C 07-03407 CW,
                                                             C 08-00013 CW, C 07-06496 CW

1 | Dated: July 16, 2008

BROAD & CASSEL

/s/ Jeffrey R. Geldens

JEFFREY R. GELDENS

Attorneys for Defendant
Buongiorno USA, Inc.

Jeffrey R. Geldens
BROAD AND CASSEL
One Biscayne Tower
2 South Biscayne Boulevard, 21st Floor
Miami, FL 33131
Telephone: (305) 373-9400

10 | Dated: July 16, 2008

GORDON & REES, LLP

/s/ Aristotle E. Evia

ARISTOTLE E. EVIA

Attorneys for Defendant
Buongiorno USA, Inc.

Aristotle Eder Evia
GORDON & REES, LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900

18 | Dated: July 16, 2008

ARENT FOX LLP

/s/ Debra J. Albin-Riley

DEBRA J. ALBIN-RILEY

Attorney for Defendant T-Mobile USA, Inc.

Debra J. Albin-Riley
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
Facsimile: (213) 629-7401

6

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

1    Dated: July 16, 2008                    THE JACOBS LAW FIRM, CHTD

2
                                            /s/ John G. Jacobs
3                                           JOHN G. JACOBS

4                                           Attorneys for Plaintiff
                                            Russell Bradberry
5
                                            John G. Jacobs
6                                           Bryan G. Kolton
                                            THE JACOBS LAW FIRM, CHTD
7                                           122 South Michigan Ave., Ste. 1850
                                            Chicago, Ill 60603
8                                           Telephone: (312) 427-4000
                                            Facsimile:   (312) 427-1850
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE            CASE NOS. C 06-06567 CW,
                                                             C 07-05298 CW  C 07-03407 CW,
                                                             C 08-00013 CW, C 07-06496 CW

1    MICHAEL J. STORTZ (State Bar No. 139386)
     Michael.Stortz@dbr.com
2    BETH O. ARNESE (State Bar No. 241186)
     Beth.Arnese@dbr.com
3    DRINKER BIDDLE & REATH LLP
     50 Fremont Street, 20th Floor
4    San Francisco, California  94105-2235
     Telephone: (415) 591-7500
5    Facsimile: (415) 591-7510

6    Attorneys for Defendant
     AT&T MOBILITY LLC

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   BRADBERRY,                           Case No. C 06-06567 CW

12              Plaintiff,                 **[PROPOSED] ORDER**

13        v.

14   T-MOBILE, USA, INC. et al.

15              Defendants.

| | |
|---|---|
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

[PROPOSED] ORDER                                          CASE NOS. C 06-06567 CW,
                                                          C 07-05298 CW  C 07-03407 CW,
                                                          C 08-00013 CW, C 07-06496 CW

1    Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY

2    ORDERED:

3    The Case Management Conference presently set for July 22, 2008 at 2:00 pm shall

4    be continued to September 16, 2008 at 2:00 p.m.  Pursuant to stipulation and for good

5    cause shown, IT IS SO ORDERED.

6

7    Dated: July __, 2008

8

9    _____
     The Honorable Claudia Wilken
     United States District Court,
10   Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2

[PROPOSED] ORDER

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW