1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California  94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>                    Plaintiff,<br><br>        v.<br><br>T-MOBILE, USA, INC. et al.<br><br>                    Defendants. | Case No. C 06-06567 CW<br><br>[PROPOSED] ORDER |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

[PROPOSED] ORDER

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED:
3  The Case Management Conference presently set for July 22, 2008 at 2:00 pm shall
4  be continued to September 16, 2008 at 2:00 p.m. Pursuant to stipulation and for good
5  cause shown, IT IS SO ORDERED.

Dated: July 22, 2008

*(signed)* Claudia Wilken

The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

[PROPOSED] ORDER

2

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW