WILLIAM M. AUDET (State Bar No. 117456)
waudet@audetlaw.com
ADEL A. NADJI (State Bar No. 232599)
anadji@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Attorneys for Plaintiff
BABAK PISHVAEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., et al.,<br><br>    Defendants. | Case No. C-07-3407 (JW)<br><br>**PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO STAY**<br><br>Date: September 4, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Before: The Honorable Claudia Wilken |
|---|---|

Pursuant to L.R. 7-3(b), Plaintiff Babak Pishvaee submits this statement of non-opposition. Plaintiff does not oppose Defendants' Motion to Stay.

Date: August 13, 2008                         Respectfully submitted,

                                              AUDET & PARTNERS, LLP


                                                  */s/ Adel A. Nadji*
                                                    Adel A. Nadji

                                              William M. Audet
                                              Adel A. Nadji
                                              221 Main Street, Suite 1460
                                              San Francisco, California 94105
                                              Telephone: 415.568.2555
                                              Facsimile: 415.568.2556

                                              *Attorneys for Plaintiff and the Class*

**PLAINTIFF'S STATEMENT OF NON-OPPOSITION**