**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JIRAN and DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>AT&T MOBILITY, LLC, doing business as The New AT&T and formerly known as Cingular Wireless, a Delaware limited liability company; VERISIGN, INC., a Delaware corporation; M-QUBE, INC., a Delaware corporation; MBLOX, INC., a Delaware corporation; and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation,<br><br>    Defendants. | No. C 08-0013 CW |
| BABAK PISHVAEE, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>VERISIGN, INC., a California corporation; M QUBE, INC., a Delaware corporation; and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>    Defendants. | No. C 07-3407 CW<br><br>ORDER GRANTING MOTION TO STAY |

    Plaintiffs in case No. 08-0013 Louis Jiran and Delores Gresham move jointly with Defendant in both cases AT&T Mobility LLC for a stay of these proceedings pending final approval of the settlement in the parallel class action, <u>McFerren v. AT&T Mobility LLC</u>, No. 2008-EV-004400F, currently pending before the Superior Court of Fulton County, Georgia.  Plaintiff in case No. 07-3407 Babak Pishvaee has filed a statement of non-opposition to the motion.  No other Defendant has filed a response to the motion.

    Having considered all of the papers submitted by the parties, the Court GRANTS the motion.  All pretrial activity in these cases is hereby stayed pending resolution of the class action.  The hearing currently scheduled for September 4, 2008 is VACATED.  The case management conference currently scheduled for September 16, 2008 is continued to December 16, 2008 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: 8/26/08

                                      CLAUDIA WILKEN
                                    United States District Judge