1    MICHAEL J. STORTZ (State Bar No. 139386)
     Michael.Stortz@dbr.com
2    BETH O. ARNESE (State Bar No. 241186)
     Beth.Arnese@dbr.com
3    DRINKER BIDDLE & REATH LLP
     50 Fremont Street, 20th Floor
4    San Francisco, California  94105-2235
     Telephone: (415) 591-7500
5    Facsimile: (415) 591-7510

6    Attorneys for Defendant
     AT&T MOBILITY LLC
7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JIRAN, | Case No. C 08-00013 CW |
| 12         Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 13     v. | |
| 14  AT&T MOBILITY, LLC. et al. | |
| 15         Defendants. | |
| 16  *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| 17  *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
|     *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

[PROPOSED] ORDER                                          CASE NOS.
                                        C 07-05298 CW  C 07-03407 CW,
                                        C 08-00013 CW, C 07-06496 CW

1    Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY

2 ORDERED:

3    The Case Management Conference presently set for December 16, 2008 at 2:00

4 pm shall be continued to March 3, 2009 at 2:00 p.m.  Pursuant to stipulation and for good

5 cause shown, IT IS SO ORDERED.

6

7 Dated: December  15, 2008

8

9    The Honorable Claudia Wilken
     United States District Court,
10    Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

[PROPOSED] ORDER

CASE NOS.
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW