UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIRAN,<br><br>          Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY, LLC. et al.<br><br>          Defendants. | Case No. C 08-00013 CW<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE       CASE NOS. C 06-06567 CW,
                                                              C 07-05298 CW  C 07-03407 CW,
                                                              C 08-00013 CW, C 07-06496 CW,

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED:
3  The Case Management Conference presently set for March 3, 2009 at 2:00 pm
4  shall be continued to May 5, 2009 at 2:00 p.m. Pursuant to stipulation and for good cause
5  shown, IT IS SO ORDERED.
6  Dated: March __, 2009

*/s/ Claudia Wilken*

The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          CASE NOS. C 06-06567 CW,
                                                                 C 07-05298 CW  C 07-03407 CW,
                                                                 C 08-00013 CW, C 07-06496 CW