1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 JIRAN, | Case No. C 08-00013 CW |
| 12         Plaintiff, | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 13    v. | |
| 14 AT&T MOBILITY, LLC. et al. | |
| 15         Defendants. | |

| | |
|---|---|
| 16 *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| 17 *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

1

2

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED:

3

4

The Case Management Conference presently set for May 5, 2009 at 2:00 pm shall be continued to July 14, 2009 at 2:00 p.m.  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

5

6

Dated: May __4__, 2009

7

8

The Honorable Claudia Wilken
United States District Court,
Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW