1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JIRAN, | Case No. C 08-00013 CW |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| AT&T MOBILITY, LLC. et al. | |
| Defendants. | |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED:

The Case Management Conference presently set for September 22, 2009 at 2:00 pm shall be continued to November 13, 2009 at 2:30 p.m. Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated:

_____
The Honorable Claudia Wilken
United States District Court,
Northern District of California