1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JIRAN, | Case No. C 08-00013 CW |
| 12              Plaintiff, | **[PROPOSED]** ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| 13       v. | |
| 14  AT&T MOBILITY, LLC. et al. | |
| 15              Defendants. | |
| 16  *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
|     *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |
| 17 | |

18
19
20
21
22
23
24
25
26
27
28

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED:
3  The Case Management Conference presently set for September 22, 2009 at 2:00
pm shall be continued to November ~~13,~~ 17, 2009 at 2:30 p.m.  Pursuant to stipulation and for
4  good cause shown, IT IS SO ORDERED.
5  **Case Management Conference set November 17, 2009 at 2:30pm.**
6  Dated:  September 21, 2009

7  _____
8  The Honorable Claudia Wilken
   United States District Court,
9  Northern District of California