1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | JIRAN, | Case No. C 08-00013 CW |
|---|---|---|
| 12 | Plaintiff, | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 13 | v. | |
| 14 | AT&T MOBILITY, LLC. et al. | |
| 15 | Defendants. | |
| 16 | *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |

17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED:

The Case Management Conference presently set for November 17, 2009 at 2:30 pm shall be continued to December 22, 2009 at 2:00 p.m.  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: November 16, 2009

_____
The Honorable Claudia Wilken
United States District Court,
Northern District of California