ADEL A. NADJI
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone:  415.568.2555
Facsimile:  415.568.2556

Attorneys for Plaintiff
BABAK PISHVAEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No. C-07-3407 CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

The Plaintiff, by and through her undersigned counsel, hereby gives notice of voluntary dismissal of this matter pursuant to Fed. R. Civ. P. Rule 41(a)(i) as follows:

    1    The claims asserted by the Plaintiff in this action against AT&T Mobility LLC have been settled and released by a Final Order and Judgment in the matter of *Tracie McFerren v. AT&T Mobility, LLC,* Fulton County Superior Court Case No. 08-CV-151322 before the Superior Court of Fulton County, Georgia.  The court issued final approval of the classwide settlement on December 7, 2009.

    2.    In addition, Defendant m-Qube, Inc. and plaintiffs' counsel in a parallel national class action have entered into a nationwide settlement resolving all claims against m-Qube related to the alleged imposition of unauthorized mobile content charges on the cell phone bills of

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF VOLUNTARY DISMISSAL
SF01/ 679863.2

CASE NO. C-07-3407 CW

wireless subscribers other than those relating to AT&T (which will be released in the *McFerren* settlement). Judge Stewart E. Palmer of the Circuit Court of Cook County, Illinois, granted preliminary approval to the class action settlement on November 3, 2009, in the case *Parone, et al. v. m-Qube, Inc., et al.*, No. 08 CH 15834 (Circuit Court of Cook County, Illinois). The court granted final approval to the settlement on February 24, 2010.

Plaintiff therefore voluntarily dismisses his claims against Defendants AT&T Mobility LLC, m-Qube, and VeriSign, Inc. *with prejudice* and with all parties to bear their own costs.

Dated: March 31, 2010                              AUDET & PARTNERS, LLP


By:   /s/
    Adel A. Nadji

Attorneys for Plaintiff
BABAK PISHVAEE


### **PROPOSED ORDER**

Pursuant to the Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED:

That this action shall be and hereby is dismissed with prejudice as to Defendants AT&T Mobility LLC, m-Qube, and VeriSign, Inc. and with all parties are to bear their own costs.

Dated: _____

CLAUDIA WILKEN
United States District Judge