1   ADEL A. NADJI
    AUDET & PARTNERS, LLP
2   221 Main Street, Suite 1460
    San Francisco, California 94105
3   Telephone:    415.568.2555
    Facsimile:    415.568.2556
4
    Attorneys for Plaintiff
5   BABAK PISHVAEE

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9   BABAK PISHVAEE, individually, and on        Case No. C-07-3407 CW
    behalf of a class of similarly situated
10  individuals,                                **NOTICE OF VOLUNTARY DISMISSAL**

11                        Plaintiff,

12          v.

13  VERISIGN, INC., a California corporation,
    M QUBE, INC., a Delaware corporation,
14  and AT&T MOBILITY LLC, formerly
    known as Cingular Wireless LLC, a
15  Delaware corporation,

16                        Defendants.

17

18

19          The Plaintiff, by and through her undersigned counsel, hereby gives notice of voluntary

20  dismissal of this matter pursuant to Fed. R. Civ. P. Rule 41(a)(i) as follows:

21          1        The claims asserted by the Plaintiff in this action against AT&T Mobility LLC

22  have been settled and released by a Final Order and Judgment in the matter of *Tracie McFerren v.*

23  *AT&T Mobility, LLC,* Fulton County Superior Court Case No. 08-CV-151322 before the Superior

24  Court of Fulton County, Georgia.   The court issued final approval of the classwide settlement on

25  December 7, 2009.

26          2.        In addition, Defendant m-Qube, Inc. and plaintiffs' counsel in a parallel national

27  class action have entered into a nationwide settlement resolving all claims against m-Qube related

28  to the alleged imposition of unauthorized mobile content charges on the cell phone bills of

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF VOLUNTARY DISMISSAL                                          CASE NO. C-07-3407 CW
SF01/ 679863.2

1  wireless subscribers other than those relating to AT&T (which will be released in the *McFerren*

2  settlement).  Judge Stewart E. Palmer of the Circuit Court of Cook County, Illinois, granted

3  preliminary approval to the class action settlement on November 3, 2009, in the case *Parone, et*

4  *al. v. m-Qube, Inc., et al.*, No. 08 CH 15834 (Circuit Court of Cook County, Illinois).  The court

5  granted final approval to the settlement on February 24, 2010.

6        Plaintiff therefore voluntarily dismisses his claims against Defendants AT&T Mobility

7  LLC, m-Qube, and VeriSign, Inc. *with prejudice* and with all parties to bear their own costs.

8

9  Dated: March 31, 2010                           A UDET & P ARTNERS, LLP

10

11                               By:   /s/

12                                   Adel A. Nadji

13                               Attorneys for Plaintiff
                             BABAK PISHVAEE

14

15  **<u>ORDER</u>**

16

17        Pursuant to the Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED:

18        That this action shall be and hereby is dismissed with prejudice as to Defendants AT&T

19  Mobility LLC, m-Qube, and VeriSign, Inc. and with all parties are to bear their own costs.

20  Dated: <u>04/02/2010</u>

21                                CLAUDIA WILKEN

22                                United States District Judge

23

24

25

26

27

28

D RINKER B IDDLE &
R EATH LLP
A TTORNEYS A T L AW
S AN F RANCISCO

N OTICE OF V OLUNTARY D ISMISSAL
SF01/ 679863.2

- 2 -

C ASE N O. C-07-3407 CW